# VOLUNTARY PETITION

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | VOLUNTARY PETITION |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Goss Holdings, Inc., a Delaware Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>36-4326281 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>700 Oakmont Lane<br>Westmont, Illinois 60559-5546 | Street Address of Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:<br>DuPage County, Illinois | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from addresses listed above): | |

## INFORMATION REGARDING DEBTOR (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition Is Filed (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual | ☐ Railroad | ☐ Chapter 7 | ■ Chapter 11 | ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304-Case ancillary to foreign proceeding | | |
| ☐ Other _____ | | | | |

| Nature of Debts (Check one box) | |
|---|---|
| ☐ Consumer/Non-Business | ■ Business |

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101.
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (optional)

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1,000-over |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,( $100 mill | |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,0 $100 mill | |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

```
U.S. Bankruptcy Court
Northern District of Illinois
FILED: 09/10/01
Time: 3:35 p.m.
Debtor: GOSS HOLDINGS INC
Case #: 01-31751
Chapter 11 Rec# 308037
Judge Carol A. Doyle
```



1:01BK31751-BK001

| VOLUNTARY PETITION<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Goss Holdings, Inc. | Form B1, Page 2 |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed: United States Bankruptcy Court for the District of Delaware | Case Number:<br>99-2756 (PJW) | Date Filed:<br>July 27, 1999 |
| **Pending Bankruptcy Case Filed by Any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:<br>Goss Graphic Systems, Inc. | Case Number: | Date Filed:<br>September 10, 2001 |
| District:<br>Northern District of Illinois, Eastern Division | Relationship:<br>Wholly-Owned Subsidiary | Judge: |

## SIGNATURES

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

David S. Kurtz and Mark A. McDermott
Printed Name of Attorney for Debtor(s)

Skadden, Arps, Slate, Meagher & Flom (Illinois)
Firm Name

333 West Wacker Drive, Chicago, IL 60606
Address

(312) 407-0700
Telephone Number

September 10, 2001
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Joseph P. Gaynor, III
Signature of Authorized Individual

Executive Vice President of Finance and Administration and Chief Financial Officer
Title of Authorized Individual

September 10, 2001
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**EXHIBIT A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**EXHIBIT B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)       Date

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. [●] |
| GOSS HOLDINGS, INC., | ) | |
| | ) | Chapter 11 |
| Debtor | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the Debtor's creditors holding the 20 largest unsecured claims as of approximately September 10, 2001. The information presented in the list shall not constitute an admission by, nor is it binding on, the Debtor.

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.[1]

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM<br>(trade debt, bank loan, government contract, etc.) | (4)<br>AMOUNT OF CLAIM<br>(if secured also state value of security) |
|---|---|---|---|
| Cede & Co.<br>c/o Depository Trust Company<br>7 Hanover Square<br>New York, New York 10004<br><br>The Depository Trust Company<br>55 Water Street<br>New York, New York 10041 | Lynn Weinheim<br>Cede & Co.<br>c/o Depository Trust Company<br>7 Hanover Square<br>New York, New York 10004<br>Phone: 212-855-5202<br>Fax:    212-855-5181 | Senior Subordinated Notes due 2005 | $112.5 million |

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4)<br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|
| Bankers Trust Company<br>One Bankers Trust Plaza<br>130 Liberty Street<br>New York, NY 10006 | Vicki Floyd<br>Bankers Trust Company<br>300 South Grand Avenue<br>41st Floor<br>Los Angeles, CA 90071<br>Phone: (213) 620-8203<br>Fax: (213) 620-8484 | Bank Loan - Second Amended and Restated Multicurrency Credit Agreement dated November 19, 1999, as amended, Tranche B debt | $131 million |

1. The Debtor has not yet identified all of the 20 largest unsecured claims, if any, that are contingent, unliquidated, disputed and/or subject to setoff. The Debtor reserves the right to identify any of the 20 largest unsecured claims in its schedules as contingent, unliquidated, disputed and/or subject to setoff, as appropriate.

  I, Joseph P. Gaynor, III, Executive Vice President of Finance and Administration and Chief Financial Officer of Goss Holdings, Inc., declare under penalty of perjury that I have read the foregoing list and that it is true and correct as of September 10, 2001, to the best of my knowledge, information and belief.

Date: September __, 2001   Signature: _____
               Name/Title: Joseph P. Gaynor, III
                     Executive Vice President of Finance and
                     Administration and Chief Financial Officer

# RESOLUTIONS ADOPTED
## BY BOARD OF DIRECTORS OF GOSS HOLDINGS, INC.

The Directors of Goss Holdings, Inc., a Delaware corporation (the "Corporation"), hereby adopt the following resolutions, as the action of the Board of Directors of the Corporation.

RESOLVED that in the judgment of the Board of Directors it is desirable and in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a petition be filed by the Corporation and its wholly-owned operating subsidiary, Goss Graphic Systems, Inc. (the "Subsidiary") seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and it is further

RESOLVED that Joseph P. Gaynor, III, Executive Vice President of Finance and Administration and Chief Financial Officer, be, and hereby is, appointed by the Board of Directors as authorized signatory for the Chapter 11 case (hereinafter, the "Authorized Signatory"); and it is further

RESOLVED that individuals now or hereafter holding the office of chief executive officer, president, chief operating officer, executive vice president, chief financial officer, or vice president of the Corporation (collectively, the "Authorized Officers") and the Authorized Signatory be, and each hereby is, authorized and directed on behalf of the Corporation to execute and verify a petition in the name of the Corporation under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois in such form and at such time as the Authorized Officer or Authorized Signatory executing said petition on behalf of the Corporation shall determine; and it is further

RESOLVED that the Authorized Officers and the Authorized Signatory, or any one of them be, and each hereby is, authorized, directed and empowered, on behalf of and in the name of the Corporation, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, a plan of reorganization and disclosure statement, and all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, investment bankers, accountants or other professionals and to take any and all action which they deem necessary and proper in connection with the Chapter 11 case contemplated hereby, with a view to the successful prosecution of such case; and it is further

RESOLVED that the law firm of Skadden, Arps, Slate, Meagher & Flom (Illinois), located at 333 West Wacker Drive, Chicago, Illinois 60606, and its affiliated law practice entities be, and hereby are, employed to render legal services to, and to represent, the Corporation in connection with the Chapter 11 case and any other related matters in connection therewith, on such terms as any Authorized Officer shall approve; and it is further

RESOLVED, that the Corporation as debtor and debtor-in-possession under Chapter 11 of the Bankruptcy Code be, and it hereby is, authorized to borrow funds from a lender or lenders as the Authorized Signatory or any Authorized Officer of the Corporation deems appropriate (a "DIP Facility"), and obtain the use of cash collateral in such amounts, from such lender or lenders and on such terms as may be approved by any one or more of the Authorized Officers or the Authorized Signatory as reasonably necessary for the continuing conduct of the affairs of the Corporation and grant security interests in and liens upon all or substantially all of the Corporation's assets as may be deemed necessary by any one or more of the Authorized Officers or the Authorized Signatory in connection with such borrowings or the use of such cash collateral; and it is further

RESOLVED that the Authorized Officers and the Authorized Signatory, or any one of them be, and each hereby is, authorized and empowered to execute, deliver, and perform for and on behalf of the Corporation, as debtor and debtor-in-possession, any documents, agreements, instruments, financing statements, undertakings and certificates necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution, including, but not limited to, any notes evidencing the obligations of the Corporation under the DIP Facility, any mortgages, pledge or hypothecation agreements or any other security agreements evidencing the liens and security interests granted to the lenders under the DIP Facility, and any modifications or supplements thereto, all such materials to be in the form approved by the Authorized Officer or Authorized Signatory, the execution and delivery thereof to be conclusive evidence of such approval, containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Authorized Officer or Authorized Signatory so acting; and it is further

RESOLVED that the Authorized Officers and the Authorized Signatory be, and each of them hereby is, authorized and empowered for and in the name and on behalf of the Corporation to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and it is further

RESOLVED that the Authorized Officers and Authorized Signatory, or any one of them be, and each hereby is, authorized, directed and empowered, on behalf of and in the name of the Corporation, to take any and all action which they deem necessary and proper with regard to the Corporation's foreign subsidiaries and affiliates including, but not limited to, sale, liquidation, reorganization and institution of insolvency or other proceedings as applicable in the particular jurisdictions; and it is further

RESOLVED that the Authorized Officers and the Authorized Signatory be, and each of them hereby is, authorized, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their

## CERTIFICATE

The undersigned, Joseph P. Gaynor, III, Executive Vice President of Finance and Administration and Chief Financial Officer of Goss Holdings, Inc. (the "Company"), a Delaware corporation, hereby certifies as follows:

1. I am the duly qualified and elected Executive Vice President Finance & Administration and Chief Financial Officer of the Company and, as such, I am familiar with the facts herein certified and I am duly authorized to certify same on behalf of the Company.

2. Attached hereto is a true, complete and correct copy of the resolutions of the Board of Directors of the company, duly adopted at a properly convened telephonic meeting of the Board of Directors on September 10, 2001, by unanimous vote of the directors there present, in accordance with the by-laws of the Company.

3. Such resolutions have not been amended, altered, annulled rescinded or revoked and are in full force and effect as of the date hereof. There exists no other resolutions of the Board of Directors of the Company relating to the matters set forth in the resolutions attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the ___ day of September, 2001.

_____
Joseph P. Gaynor, III
Executive Vice President of Finance and
Administration and Chief Financial Officer