E O D SEP 21 2001

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 01-31751 |
| | ) | (Jointly Administered) |
| GOSS HOLDINGS, INC., et al., | ) | Chapter 11 |
| | ) | Hon. Carol A. Doyle |
| | ) | Hearing Date: 9/20/2001 |
| Debtors. | ) | Hearing Time: 10:00 a.m. |

## ORDER UNDER 11 U.S.C. § 362(d) LIFTING THE AUTOMATIC STAY TO ALLOW THE DEBTORS TO PURSUE CERTAIN ANTIDUMPING LITIGATION

Upon the motion (the "Motion")[1] of Goss Holdings, Inc. and its wholly-owned operating subsidiary, Goss Graphic Systems, Inc., debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), for an order pursuant to Section 362(d) of the Bankruptcy Code lifting the automatic stay with respect to certain antidumping litigation authorizing the Debtors and other parties-in-interest thereto to continue such litigation irrespective of the commencement of the above-captioned cases; and upon the Affidavit of Joseph P. Gaynor, III in Support of Chapter 11 Petitions and First-Day Orders; and upon the record of the hearing on the Motion; and this Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and it

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.



appearing that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is hereby granted in its entirety.

2. The automatic stay is hereby modified with respect to the Antidumping Litigation so as to allow the Debtors to pursue such litigation until such time as it is either consensually resolved by the parties are finally adjudicated.

Dated:   Chicago, Illinois
         September 20, 2001

_____
UNITED STATES BANKRUPTCY JUDGE