SEP 27 2001

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 01-31751 |
| | ) | (Jointly Administered) |
| GOSS HOLDINGS, INC., et al., | ) | Chapter 11 |
| | ) | Hon. Carol A. Doyle |
| | ) | Hearing Date: 9/26/01 |
| Debtors. | ) | Hearing Time: 10:30 a.m. |

## INTERIM AND FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 366, 503, AND 507 OF THE BANKRUPTCY CODE (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICES ON ACCOUNT OF PREPETITION INVOICES AND (II) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ASSURANCE

Upon the motion (the "Motion")[1] of Goss Holdings, Inc. and its wholly-owned operating subsidiary, Goss Graphic Systems, Inc., debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), for an order under 11 U.S.C. §§ 105(a), 366(a), 503, and 507 of the Bankruptcy Code (i) prohibiting utilities from altering, refusing or discontinuing services on account of nonpayment of prepetition invoices and (ii) establishing procedures for determining requests for additional adequate assurance; and upon the Affidavit of Joseph P. Gaynor, III in Support of Chapter 11 Petitions and First Day Orders; and it appearing that the relief requested is in the best interests of the Debtors, their estates, and their creditors; and

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

99

it further appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is granted in its entirety.

2. The Debtors shall pay on a timely basis in accordance with their prepetition practices all undisputed invoices for postpetition utility services provided by the Utility Companies to the Debtors.

3. Absent any further order of the Court, each of the Utility Companies providing service to the Debtors, whether under direct relationship with the Debtors or through the Debtors' landlords, including but not limited to the Utility Companies listed in Exhibit A to this Order, is enjoined from (a) altering, refusing, or discontinuing service to, or discriminating against the Debtors, solely on the basis of the commencement of these cases or on account of any unpaid invoice for service provided prior to the Petition Date or (b) requiring the payment of a deposit or other security in connection with the Utility Company's continued provision of utility services, including, but not limited to, the furnishing of gas, heat, electricity, water, telephone, telecommunications, or any other utility of like kind.

4. The Debtors' record of timely payment in full of prepetition utility bills and demonstrated ability to pay future utility bills constitute adequate assurance of future payment for utility services pursuant to 11 U.S.C. § 366(b).

5. This Order is without prejudice to the rights of any of the Utility Companies to make a request for adequate assurance from the Debtors (a "Request") within twenty-five (25) days of the date of service hereof (the "Request Deadline") in the form of deposits or other security. Any such Request must be in writing, and set forth the location for which the utility services are provided, a payment history for the most recent six (6) months and a description of any prior material payment delinquency or irregularity. Any Request received by the Debtors after the Request Deadline or which otherwise fails to comply with this Order (including failure to specify prior material delinquent or irregular payment) shall be deemed untimely and invalid.

6. In the event the Debtors believe that a timely request for additional assurance made by any of the Utility Companies is unreasonable and no consensual resolution of the request is reached, the Debtors shall file a motion for determination of adequate assurance of payment with respect to such request (the "Determination Motion") within forty-five (45) days of a Utility Company's Request and set such Motion for hearing (the "Determination Hearing").

7.  If a Determination Hearing is scheduled in accordance with the immediately preceding paragraph, the Utility Companies shall be deemed to have adequate assurance of payment until an order of the Court is entered in connection with such Determination Hearing.

8.  Any Utility Company not listed on Exhibit A to this Order but subsequently identified shall be served with a copy of this Order and be afforded twenty-five (25) days from the date of service to request adequate assurance, if any, from the Debtors. Such a request must otherwise comply with the requirements of this Order or shall be deemed an untimely and invalid adequate assurance request.

9.  Substantially contemporaneously with the service of this Order upon Utility Companies not presently on Exhibit A to this Order, as described above, the Debtors shall file with the Court a supplement to Exhibit A to the Order adding the names of the Utility Companies so served, and this Order will be deemed to apply to such Utility Companies from the date of such service, subject to a later order of the Court on a Motion for Determination, if any.

10. Service of this Order shall be made on the Utility Companies at the addresses listed on <u>Exhibit A</u> by first-class mail within five (5) business days of the date of this Order.

Dated: Chicago, Illinois
September 26th, 2001

_____
UNITED STATES BANKRUPTCY JUDGE

Exhibit A

List of Utility Companies

A-1

| NAME/ADDRESS | ACCOUNT NO. | UTILITY SERVICE | MONTHLY AVERAGE BILL |
|---|---|---|---|
| Alliant Energy<br>IES Utilities Inc.<br>P.O. Box 77004<br>Madison, WI 53707-1004 | 22-11-832-1750-03 | Electricity<br>Cedar Rapids | 59,055.56* |
| Otter Tail Energy Services<br>PO Box 886<br>Sioux Falls, SD 57101-0886 | Utility Acct: 1704081010<br>OTESCO Acct. No. 1155 | GAS<br>Cedar Rapids | 26,401.40* |
| City of Cedar Rapids<br>Water Department<br>1111 Shaver Road, N.E.<br>Cedar Rapids, IA 52402 | 7053712029 | Water<br>Cedar Rapids | $623.85* |
| AMERITECH<br>P.O. Box 4620<br>Carol Stream, IL 60197-4650 | 708-Z40-5334-293 5 and<br>708-780-4746 620 1 | Telecommunications<br>(Pay phone, security lines, circuit id # s) | $7009.00* |
| AT&T<br>P.O. Box 78225<br>Phoenix, AZ 85062-8225 | 051 939-2117 001 | Long Distance Service | $2,422.00* |
| AT&T<br>P.O. Box 9001209<br>Louisville, KY 40290-1309 | 020 534 0663 001 | | |
| AT&T WIRELESS<br>P.O.Box 650726<br>Dallas TX 75265-0726 | 310197900 | Wireless | |
| B AND H INDUSTRIES<br>1000 East Central Road<br>Arlington Heights, IL 60005 | 18475 | Blueprinters and supplies for blueprint machines | $3,221.00* |

A-2

| NAME/ADDRESS | ACCOUNT NO. | UTILITY SERVICE | MONTHLY AVERAGE BILL |
|---|---|---|---|
| COM ED<br>P.O. Box 784<br>Chicago, IL 60690-0784 | 0347228004 and 7347311001 | Electric Service Westmont | $39,276.00* |
| Hinsdale Sanitary District<br>6975 Commonwealth Avenue<br>Burr Ridge, IL 60521-5790 | 45 4 1047 | Sewer Service and User Charge Westmont | $174.00* |
| Nextlink Illinois - XO Communications<br>810 Jorie Blvd<br>Suite 200<br>Oak Brook, IL 60523-2187<br><br>Corporate Headquarters:<br>XO™ Communications<br>11111 Sunset Hills Road<br>Reston, VA 20190-5339 | Ref. #: 0009913007<br>Acct. #: 78693 | Local Telephone Service | $4583.33 |
| Nextel<br>300 Park Blvd., Suite 100<br>Itasca, IL 60134-2604 | 0009450820-7 | Field Service Pagers | $6,359.00* |
| NICOR<br>P.O. Box 2020<br>Aurora, IL 60607-2020 | 2-05-34-07702 | Natural Gas Supplier Westmont | $13,947.00* |
| Nuvision Technologies Inc.<br>1750 Valley View Lane<br>Suite 200<br>Dallas, TX 75234-9003 | Order #: 501136<br>Rental #161039<br>(No Acct. # listed) | Video Conferencing | $2066.00 |

A-3

| NAME/ADDRESS | ACCOUNT NO. | UTILITY SERVICE | MONTHLY AVERAGE BILL |
|---|---|---|---|
| Sky Tel Communications Inc.<br>1600 Golf Road, Suite 1100<br>Rolling Meadows, IL 60008-4263<br><br>SkyTel Corp.<br>200 S. Lamar Street<br>Jackson, MS 39201-4013 | P.O. #55966 | Pagers | $3,600.00 |
| Southern Bell Communications<br>SBC Global Services Inc.<br>225 W. Randolph Street<br>HQ23C<br>Chicago, IL 60606<br>ATTN: Vice President /General Counsel | P.O. # 41333 | E-911 | $225.00 |
| Sprint Communications Company, L.P.<br>5600 N. River Road<br>2nd Floor<br>Rosemont, IL 60018-6705<br><br>8320 Ward Parkway<br>4th Floor<br>Kansas City, MO 64114-2027<br>Attn: Law Department | Master ID#: 922462460<br><br>Invoice Acct. ID#<br>922462468 | Telecommunications Service | $50,000.00 |
| Sprint Communications Company L.P.<br>Broadband Wireless Group<br>6260 Joliet Road<br>Countryside, IL 60525 | Broadband:<br>Customer #: 300053724<br><br>Data Services:<br>Customer #: 13113033 | Internet Service Provider | $7,000.00 |

A-4

| NAME/ADDRESS | ACCOUNT NO. | UTILITY SERVICE | MONTHLY AVERAGE BILL |
|---|---|---|---|
| TEL ASSIST<br>P.O. Box 4<br>Glenview, IL 60025 | Cust. Ref. #: 000913007<br>Acct. #: 78693 | Answering service | $666.66 |
| Waste Management<br>P.O. Box 9001054<br>Louisville, KY 40290-1054 | 150-0316706-2009-0 | Disposal Company | $4142.00* |
| Verizon<br>777 Big Timber Road<br>Elgin, IL 60123-1488 | 6305334300001 | Cellular | $459.00* |

\* - These numbers are 7 month averages

A-5