EOD FEB 27 2002

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 Proceeding |
| | ) | |
| GOSS GRAPHIC SYSTEMS, INC., | ) | Case No. 01 B 31747 (Consolidated w/01 B 31751) |
| | ) | |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

## Order Converting Case Under Chapter 11
## To Case Under Chapter 7

*The United States Trustee shall serve copies of this order on the Designated Person named in paragraph 3 below, and all professionals known to him who performed services in connection with the Chapter 11 case and shall file a proof of such service.*

This case is before the court on the Debtor's motion under 11 U.S.C. §1112(a) to convert this Chapter 11 case to a case under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* After notice and a hearing, the Court orders as follows:

1. This case is converted to a case under Chapter 7;

2. The Debtor shall,

    a. On or before <u>March 4</u>, 2002 account for and turn over to the Chapter 7 Trustee all records and property of the estate under its custody and control as required by Fed. R. Bankr. P. 1019(4);

    b. On or before <u>March 12</u>, 2002 file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case (including the names and addresses of all creditors) as required by Fed. R. Bankr. P. 1019(5);

    c. On or before <u>March 29</u>, 2002 file a final report and account as required by Fed. R. Bankr. P. 1019(5); and

    d. Within 15 days after the entry of this order, file the statements and schedules required by Fed. R. Bankr. P. 1019(1) and 1007(b), if such documents have not already been filed.

3. Pursuant to Fed. R. Bankr. P. 9001(5), the Court designates Joseph P. Gaynor, III ("Designated Person") to perform the acts the Debtor is required to perform by this order and the Federal Rules of Bankruptcy Procedure.

395

In re Goss Graphic Systems, Inc.                                    Case No. 01 B 317147

4. This matter is set for a post-conversion status hearing on Apr. 17, 2002 at 10:30. At that hearing, the court will determine whether the Debtor and Designated Person have complied with this order and, if not, consider any requests for further relief or sanctions against the Debtor or Designated Person as may be required to secure compliance with this order.

ENTER:

Dated: Feb. 25, 2002

_____
Carol A. Doyle
United States Bankruptcy Judge