**EOD** APR 1 2 2002

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 01-31751 |
| | ) | (Jointly Administered) |
| GGSI LIQUIDATION, INC., et al., | ) | Chapter 11 Proceeding |
| | ) | Hon. Carol A. Doyle |
| | ) | Hearing Date: April 10, 2002 |
| Debtors. | ) | Hearing Time: 10:30 a.m. |
| | ) | |

## ORDER

This matter having come before the court on the Motion to Modify and Amend Order Authorizing Sale of Substantially All of the Debtors' Assets (the "Motion"); the above captioned debtors and debtors in possession (the "Debtors") having filed on January 31, 2002, that certain Emergency Motion for Entry of an Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets to an Entity Owned by Certain of the Debtors' Creditors Free and Clear of Liens, Claims, Encumbrances, and Interests, (II) Approving Certain Procedures Utilized in Connection with the Sale, and (III) Limiting Notice (the "Sale Motion"); the Court having previously entered that certain Order dated February 8, 2002 (I) Authorizing the Sale of Substantially All of the Debtors' Assets to an Entity Owned by Certain of the Debtors' Creditors Free and Clear of Liens, Claims, Encumbrances, and Interests, (II) Approving Certain Procedures in Connection with the Sale, and (III) Limiting Notice (the "Sale Order"); the Court having reviewed that certain draft Asset Purchase Agreement filed as part of the Sale Motion; the Court having reviewed and approved that certain form Asset Purchase Agreement (the "Form Agreement") at the February 7, 2002 hearing on the Sale Motion, which Form Agreement was approved as part of the Sale Order and filed with the Court on March 21, 2002; the Debtors and Goss International Corporation ("GIC") having executed that certain Asset Purchase Agreement

dated February 14, 2002 (the "Final Agreement"); the Court having reviewed and considered the

Motion and Final Agreement; after due deliberation thereon and it appearing that good cause

appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Motion is Granted in all respects.

2.      The Sale Order is amended and modified to incorporate and approve the

Final Agreement, which Final Agreement is attached hereto as an Exhibit and incorporated

herein.

3.      The Court hereby approves all transfers, sales, assignments, conveyances

and other transactions entered into by the Debtors, GIC and any designees of GIC pursuant to the

Sale Order and the Final Agreement.

4.      Notwithstanding Rules 6004(g) and 6006(d) of the Federal Rules of

Bankruptcy Procedure, to the extent applicable, this Order shall not be stayed for 10 days after

entry of this Order and shall be effective and enforceable immediately upon entry thereof.

Dated: April  //  , 2002

_____
Honorable Carol A. Doyle
United States Bankruptcy Judge

ASSET PURCHASE AGREEMENT


by and between


GOSS GRAPHIC SYSTEMS, INC.

as Seller

and

GOSS INTERNATIONAL CORPORATION

as the Purchaser


Dated as of February 14, 2002

# TABLE OF CONTENTS

Page

ARTICLE I  PURCHASE AND SALE OF ASSETS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Section 1.1  Acquired Assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Section 1.2  Contract Rejection and Assumption . . . . . . . . . . . . . . . . . . . . . . . 2
    Section 1.3  Amounts Due Under Executory Contracts and Unexpired
                    Leases; Cure Costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Section 1.4  Assumed Liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
    Section 1.5  Condition of Acquired Assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Section 1.6  Purchase Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    Section 1.7  Allocation of Purchase Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

ARTICLE II  THE CLOSING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    Section 2.1  Closing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    Section 2.2  Excluded Liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    Section 2.3  Deliveries at Closing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

ARTICLE III  REPRESENTATIONS AND WARRANTIES OF SELLER . . . . . . . . . . . . . 6
    Section 3.1  Organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    Section 3.2  Authority Relative to this Agreement . . . . . . . . . . . . . . . . . . . . . 7
    Section 3.3  Consents and Approvals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    Section 3.4  Title to Property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    Section 3.5  Brokers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    Section 3.6  Contracts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

ARTICLE IV  REPRESENTATIONS AND WARRANTIES OF THE PURCHASER . . . . . . . 8
    Section 4.1  Organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Section 4.2  Authority Relative to this Agreement . . . . . . . . . . . . . . . . . . . . . 8
    Section 4.3  Consents and Approvals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Section 4.4  No Violations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Section 4.5  Brokers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    Section 4.6  Funding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

ARTICLE V  COVENANTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    Section 5.1  Section 365 Motion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    Section 5.2  Conduct of Business by Seller Pending the Closing . . . . . . . . . . 9
    Section 5.3  Access and Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    Section 5.4  Additional Matters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    Section 5.5  Further Assurances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    Section 5.6  Appointment of Seller's Representative . . . . . . . . . . . . . . . . . . 10

i

ARTICLE VI  CONDITIONS PRECEDENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
    Section 6.1   Conditions Precedent to Obligation of Seller and the
               Purchaser . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
    Section 6.2   Conditions Precedent to Obligation of Seller . . . . . . . . . . . . . . 11
    Section 6.3   Conditions Precedent to Obligation of the Purchaser . . . . . . . . 11

ARTICLE VII      TERMINATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    Section 7.1   Termination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    Section 7.2   Effect of Termination and Abandonment . . . . . . . . . . . . . . . . . 12

ARTICLE VIII      GENERAL PROVISIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
    Section 8.1   Survival of Representations, Warranties, and Agreements . . . . . 13
    Section 8.2   Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
    Section 8.3   Notices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
    Section 8.4   Descriptive Headings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
    Section 8.5   Entire Agreement; Assignment . . . . . . . . . . . . . . . . . . . . . . . . . 14
    Section 8.6   Governing Law . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
    Section 8.7   Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
    Section 8.8   Amendment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
    Section 8.9   Waiver . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
    Section 8.10  Counterparts; Effectiveness . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
    Section 8.11  Severability; Validity; Parties in Interest . . . . . . . . . . . . . . . . . . 15

## ASSET PURCHASE AGREEMENT

THIS ASSET PURCHASE AGREEMENT, dated as of February 14, 2002 (the "Agreement"), is made by and between Goss Graphic Systems, Inc., a Delaware corporation ("Seller"), and Goss International Corporation, a Delaware corporation (the "Purchaser").

WHEREAS on September 10, 2001 (the "Petition Date"), Seller and its parent corporation, Goss Holdings, Inc., a Delaware corporation ("Holdings"), each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court") and continue to manage their properties as debtors and debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code;

WHEREAS upon consummation of this Agreement, substantially all of Seller's assets (other than avoidance actions under the Bankruptcy Code) shall be subject to valid, undisputed liens (the "DIP Liens") held by the Purchaser pursuant to the terms of that certain Debtor-In-Possession Multicurrency Credit Agreement with Foreign Bridge Facility dated as of September 10, 2001(the "DIP Agreement"), subject only to a carve-out for certain fees as provided for therein (the "Carve-Out");

WHEREAS the Purchaser desires to purchase certain assets and assume certain liabilities from Seller in connection therewith, and Seller desires to sell, convey, assign, and transfer to the Purchaser, such assets, together with certain obligations and liabilities relating thereto, pursuant to the terms and conditions of this Agreement;

WHEREAS the acquired assets will be sold pursuant to the terms of this Agreement, an order of the Bankruptcy Court approving such sale under Section 363 of the Bankruptcy Code (the "Section 363 Order"), and an order of the Bankruptcy Court approving the assumption of certain executory contracts and unexpired leases and liabilities under Section 365 of the Bankruptcy Code (the "Section 365 Order," and together with the Section 363 Order, the "Sale Orders");

NOW, THEREFORE, in consideration of the foregoing and the respective representations, warranties, covenants, and agreements set forth herein, the parties hereto agree as follows:

## ARTICLE I

## PURCHASE AND SALE OF ASSETS

Section 1.1    Acquired Assets. Subject to the terms and conditions set forth in this Agreement, at the Closing, Seller shall sell, assign, transfer, convey, and deliver, free and clear of any and all liens, claims, encumbrances, and interests (other than those expressly consented to by the Purchaser in writing) pursuant to an order of the Bankruptcy Court, to the Purchaser (other than the plant facility owned by Seller located in Cedar Rapids, Iowa, which shall be transferred to a designee of the Purchaser), and the Purchaser shall purchase and accept from Seller, all of Seller's right, title, and interest in and to all real and personal property of every nature, wherever located, whether tangible or intangible, including all stock in Seller's subsidiaries, as the same shall exist on the Closing Date, and all claims and causes of action, but not including avoidance actions under the Bankruptcy Code (the "Acquired Assets").

Section 1.2    Contract Rejection and Assumption. The Purchaser shall provide a list (the "Designated Contracts List") of executory contracts and unexpired leases (each a "Designated Contract" and collectively, the "Designated Contracts") that it wishes Seller to assume and assign to it.

Section 1.3    Amounts Due Under Executory Contracts and Unexpired Leases; Cure Costs. The Purchaser shall be obligated to pay any amounts which become due under all material executory contracts from and after entry of the Sale Order, and shall pay any and all cure and reinstatement costs or expenses of or relating to the assumption and assignment of such material executory contracts in an amount not exceeding $5 million in the aggregate.

Section 1.4    Assumed Liabilities. Subject to the terms and conditions set forth in this Agreement, at the Closing, the Purchaser shall assume from Seller and thereafter pay, perform, or discharge in accordance with their terms, (i) any and all unpaid obligations arising on or after the Petition Date through the Closing Date (the "Assumed Post-Petition Liabilities"), (ii) any and all unpaid obligations arising on or after the Petition Date through the Closing Date of professionals of the Seller's bankruptcy estate in an amount not exceeding $2 million and as set forth in Schedule 1.4(ii) hereto, including obligations under the Carve-Out, other than any transaction or success fee payable to The Blackstone Group L.P. ("Blackstone") on account of the sale of the Acquired Assets (the "Assumed Professional Liabilities"), (iii) the unpaid monthly advisory fees and expenses owed to Blackstone through the Closing Date in the amount of $532,000 (the "Assumed Blackstone Liabilities"), (iv) certain intercompany obligations owed by the Seller to Goss Graphic Systems Japan Corporation, a corporation organized under the laws of Japan, set forth on Schedule 1.4(iv) hereto (the "Assumed Intercompany Liabilities"), (v) the obligations of Seller under the Key Employee Retention Program as approved by the Bankruptcy Court on October 10, 2001 in the Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b)(1) Authorizing the Implementation of a Key Employee Retention Program only with respect to those employees listed, and with regard only to amounts listed, on Schedule 1.4(v) hereto only (the

2

"Assumed KERP Liabilities"), and (iv) any and all obligations of Seller under outstanding letters of credit (the "Letters of Credit") under the DIP Agreement and those certain obligations agreed by the Purchaser under that certain Second Amended and Restated Multicurrency Credit Agreement dated November 19, 1999, as amended (the "Assumed L/C Liabilities," together with the Assumed Post-Petition Liabilities, the Assumed Professional Liabilities, the Assumed Blackstone Liabilities, the Assumed Intercompany Liabilities and the Assumed KERP Liabilities, the "Assumed Liabilities").

Section 1.5    Condition of Acquired Assets.  Except as otherwise stated in this Agreement, the Purchaser is taking the Acquired Assets and Assumed Liabilities on an "as is, where is" basis, without representation or warranty of any kind whatsoever.  In entering into this Agreement, the Purchaser:

(a)    acknowledges that, except for the specific representations and warranties of Seller contained herein, none of Seller, nor any of its directors, officers, employees, affiliates, controlling persons, agents, advisors or representatives, makes or shall be deemed to have made any representation or warranty, either express or implied, as to the accuracy or completeness of any of the information (including, without limitation, any reserve estimates, projections, forecasts or other forward-looking information) provided or otherwise made available to the Purchaser or any of its directors, officers, employees, affiliates, controlling persons, agents, advisors or representatives (including, without limitation, in any management presentations, information or offering memorandum, supplemental information or other materials or information with respect to any of the above);

(b)    agrees, to the fullest extent permitted by law, that Seller and its directors, officers, employees, affiliates, controlling persons, agents, advisors or representatives shall not have any liability or responsibility whatsoever to the Purchaser or any of its directors, officers, employees, affiliates, controlling persons, agents, advisors or representatives on any basis in respect of the specific representations and warranties of Seller, except and only to the extent expressly set forth herein with respect to such representations and warranties and subject to the limitations and restrictions contained herein;

(c)    has no knowledge of any breach of a representation or warranty of Seller of this Agreement or of any material errors or omissions as of the date hereof; and

(d)    confirms that it has received all the information it considers necessary or appropriate for deciding whether to purchase the Acquired Assets and assume the Assumed Liabilities, including but not limited to the information contained in this Agreement and the information obtained through the Purchaser's due diligence.  The Purchaser further represents that it has had an opportunity to ask questions and receive answers from Seller and its advisors regarding the Acquired Assets, properties, prospects

3

and financing condition of the business and to obtain additional information (to the extent Seller possesses such information or could acquire it without unreasonable effort or expense) necessary to verify the accuracy of any information furnished to it or to which it had access. The Purchaser acknowledges that it has had the opportunity to review such information and this Agreement and the transactions contemplated hereby with their advisors.

Section 1.6    Purchase Price. In consideration for the Acquired Assets and Assumed Liabilities, the Purchaser shall pay to Seller at the Closing an amount equal to $40 million (the "Purchase Price") in the form of a credit bid of the DIP Lien pursuant to Section 363(k) of the Bankruptcy Code.

Section 1.7    Allocation of Purchase Price.

(a)    Purchaser shall, at least 20 calendar days prior to the due date for filing any forms required to be filed with respect to the allocation, prepare and deliver to Seller's Representative (as such term is defined in Section 5.6) a schedule (the "Allocation Schedule") allocating the Purchase Price and the Assumed Liabilities by Purchaser pursuant to this Agreement among the Acquired Assets in accordance with Section 1060 of the Internal Revenue Code of 1986, as amended (the "Code") and the regulations promulgated thereunder (or any comparable provisions of state or local tax law) or any successor provision.

(b)    Purchaser and Seller's Representative each shall report and file all tax returns (including amended tax returns and claims for refund) consistent with the Allocation Schedule, and shall take no position contrary thereto or inconsistent therewith (including, in any audits or examinations by any taxing authority or any other proceedings), unless, and then only to the extent, required by applicable law. Purchaser and Seller's Representative shall exchange completed and executed forms with respect to the allocation (including Internal Revenue Service Form 8594) at least 10 days prior to the due for filing such forms and shall cooperate in the filing of any forms (including Form 8594) with respect to such allocation, pursuant to this Agreement. Notwithstanding any other provisions of this Agreement, the foregoing agreement shall survive the Closing Date without limitation.

4

## ARTICLE II

## THE CLOSING

Section 2.1    <u>Closing</u>.  The consummation of the transactions contemplated by this Agreement (the "Closing") shall take place at the offices of Cadwalader, Wickersham & Taft, 100 Maiden Lane, New York, New York, at 10:00 a.m. Eastern time at such time, date, and place as shall be agreed upon by the parties (the date of the Closing being herein referred to as the "Closing Date").

Section 2.2    <u>Excluded Liabilities</u>.

(a)    Except for the Assumed Liabilities, the Purchaser shall not be the successor to Seller and the Purchaser does not assume and shall not become liable to pay, perform or discharge any obligation or liability whatsoever of Seller or relating to any of the Acquired Assets (all such obligations and liabilities being, collectively, the "Excluded Liabilities").

(b)    The term "Excluded Liabilities" includes, but is not limited to, and the Purchaser expressly is not assuming any of, the following liabilities, whether accrued or fixed, absolute or contingent, known or unknown, determined or determinable, and whenever arising, other than the Assumed Liabilities:

(i)    any liabilities and obligations of Seller for Federal, state, local or foreign taxes (including franchise, income, single business, sales, use, payroll, occupation, property, excise, withholding, unemployment and other taxes);

(ii)    any claims, demands, liabilities or obligations of any nature whatsoever (including claims, demands, liabilities or obligations in respect of Federal, state, local and foreign taxes, advances or loans, environmental matters, occupational safety, workers' or workmen's compensation, grievance proceedings or actual or threatened litigation, suits, claims, demands or governmental proceedings) which arose or were incurred on or before the Closing, or which are based on events occurring or conditions existing on or before the Closing, or which are based on products sold or services performed by Seller on or before the Closing;

(iii)    any liabilities and obligations of Seller under this Agreement, any bill of sale or related instrument issued in connection with this Agreement or otherwise in connection with the transactions contemplated by this Agreement;

5

(iv)    any liabilities of Seller not associated with the Seller's business or the Acquired Assets;

(v)    any liabilities of Seller relating to or arising out of any production, ownership, sale, lease or other transfer of, or services related to, goods by Seller before or after the Closing, including all warranty, service and product liability costs or expenses related to the sale, lease or other transfer of such goods; and

(vi)    any liabilities of Seller to present or former employees (or their beneficiaries), consultants or agents for any compensation, pension contribution or other benefits accrued or otherwise payable, and any liabilities or obligations to present or former shareholders, other than such remaining payment obligations expressly assumed pursuant to Section 1.4 hereof.

Section 2.3    Deliveries at Closing.

(a)    At the Closing, Seller shall deliver to the Purchaser such documents, instruments or certificates required to be delivered in connection with the Seller's obligations under this Agreement, or as the Purchaser or its counsel may reasonably request.

(b)    At the Closing, the Purchaser shall deliver to Seller such documents, instruments or certificates required to be delivered in connection with the Purchaser's obligations under this Agreement, or as Seller or its counsel may reasonably request.

## ARTICLE III

## REPRESENTATIONS AND WARRANTIES OF SELLER

Seller represents and warrants to the Purchaser as follows:

Section 3.1    Organization.  Seller is a corporation validly existing and in good standing under the laws of the jurisdiction of its incorporation and has the corporate power and authority and all necessary governmental approvals to own, lease, and operate its properties and to carry on its business as it is now being conducted or presently proposed to be conducted. Seller is duly qualified as a foreign corporation to do business, and is in good standing, in each jurisdiction where the operations of its business are conducted, except where the failure to be so qualified would not individually or in the aggregate have a material adverse effect on the business taken as a whole (a "Material Adverse Effect").

6

Section 3.2     Authority Relative to this Agreement. Subject to the entry and effectiveness of the Sale Orders, this Agreement has been duly and validly authorized, executed and delivered by Seller and (assuming this Agreement constitutes a valid and binding obligation of the Purchaser) constitutes a valid and binding agreement of Seller, enforceable against Seller in accordance with its terms, subject to applicable bankruptcy, reorganization, insolvency, moratorium, and other laws affecting creditors' rights generally from time to time in effect and to general equitable principles.

Section 3.3     Consents and Approvals. No consent, approval, or authorization of, or declaration, filing, or registration with, any United States federal or state governmental or regulatory authority is required to be made or obtained by Seller in connection with the execution, delivery, and performance of this Agreement and the consummation of the transactions contemplated hereby, except (a) for consents, approvals, or authorizations of, or declarations or filings with, the Bankruptcy Court, (b) for consents, approvals or authorizations which may be required under the Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended (the "HSR Act"), and (c) for consents, approvals, authorizations, declarations, filings, or registrations, which, if not obtained, would, individually or in the aggregate, have a Material Adverse Effect.

Section 3.4     Title to Property. Upon entry and effectiveness of, and in accordance with the terms of, the Sale Orders and the Bankruptcy Code, Seller (a) shall have the power and right to sell, assign, transfer and deliver, as the case may be, to the Purchaser, or its designee, the Acquired Assets, including (x) all the capital stock of (i) Goss Graphic Systems Limited, a company organized under the laws of England, (ii) Goss Systemes Graphiques Nantes, S.A., an entity organized under the laws of France, (iii) Goss Graphic Systems Japan Corporation, a corporation organized under the laws of Japan, and (iv) Goss Graphic Systems Australasia Pty. Ltd., a company organized under the laws of Australia (collectively, the "Foreign Subsidiaries") and (y) 60% of the interests in Shanghai Goss Graphic Systems Co., Ltd., J.V., and (b) on the Closing Date shall sell, assign, transfer and deliver the Acquired Assets free and clear of all liens, claims, encumbrances and security interests, except for the Assumed Liabilities.

Section 3.5     Brokers. No person, other than Blackstone, is entitled to any brokerage, financial advisory, finder's or similar fee or commission payable by Seller in connection with the transactions contemplated by this Agreement based upon arrangements made by or on behalf of Seller.

Section 3.6     Contracts. Schedule 3.6 of this Agreement contains a complete and accurate list of all material executory contracts. True and complete copies of each such written contract (or written summaries of the terms of any such oral contract) have been heretofore made available to the Purchaser.

7

## ARTICLE IV

## REPRESENTATIONS AND WARRANTIES OF THE PURCHASER

The Purchaser represents and warrants to Seller as follows:

Section 4.1    Organization. The Purchaser is a corporation validly existing and in good standing under the laws of Delaware and has the corporate power and authority and all necessary governmental approvals to own, lease, and operate its properties and to carry on its businesses as they are now being conducted or presently proposed to be conducted. The Purchaser is duly qualified as a foreign corporation to do business, and is in good standing, in each jurisdiction where the character of its properties owned or held under leases or the nature of its activities make such qualification necessary, except where the failure to be so qualified would not individually or in the aggregate have a Material Adverse Effect.

Section 4.2    Authority Relative to this Agreement. The Purchaser has the corporate power and authority to enter into this Agreement and to carry out its obligations hereunder. The execution, delivery, and performance of this Agreement by the Purchaser and the consummation by the Purchaser of the transactions contemplated hereby have been duly authorized by all requisite corporate actions. This Agreement has been duly and validly executed and delivered by the Purchaser and constitutes a valid and binding agreement of the Purchaser, enforceable against the Purchaser in accordance with its terms, subject to applicable bankruptcy, reorganization, insolvency, moratorium, and other laws affecting creditors' rights generally from time to time in effect and to general equitable principles. Subject to consummation of this Agreement, the Purchaser is the owner of the obligations (other than the obligations arising under the Letters of Credit) under the DIP Agreement and has made a credit bid of such obligations prior to the effectiveness of the assignment.

Section 4.3    Consents and Approvals. Except for consents, approvals or authorizations which may be required under the HSR Act, no consent, approval, or authorization of, or declaration, filing or registration with, any United States federal or state governmental or regulatory authority is required to be made or obtained by the Purchaser in connection with the execution, delivery, and performance of this Agreement and the consummation of the transactions contemplated hereby.

Section 4.4    No Violations. Neither the execution, delivery, or performance of this Agreement by the Purchaser, nor the consummation by the Purchaser of the transactions contemplated hereby, nor compliance by the Purchaser with any of the provisions hereof, will (a) conflict with or result in any breach of any provisions of the certificate of incorporation, or the bylaws of the Purchaser, (b) result in a violation or breach of, or constitute (with or without due notice or lapse of time) a default (or give rise to any right of termination, cancellation, acceleration, vesting, payment, exercise, suspension, or revocation) under any of the terms, conditions, or provisions of any note, bond, mortgage, deed of trust, security interest, indenture, license,

8

contract, agreement, plan, or other instrument or obligation to which the Purchaser is a party or by which the Purchaser or the Purchaser's properties or assets may be bound or affected, (c) violate any order, writ, injunction, decree, statute, rule, or regulation applicable to the Purchaser or the Purchaser's properties or assets, (d) result in the creation or imposition of any encumbrance on any asset of the Purchaser, or (e) cause the suspension or revocation of any permit, license, governmental authorization, consent, or approval necessary for the Purchaser to conduct its business as currently conducted, except in the case of clauses (b), (c), (d), and (e) for violations, breaches, defaults, terminations, cancellations, accelerations, creations, impositions, suspensions, or revocations that would not individually or in the aggregate have a Material Adverse Effect.

Section 4.5    Brokers. No person is entitled to any brokerage, financial advisory, finder's or similar fee or commission payable by the Purchaser in connection with the transactions contemplated by this Agreement based upon arrangements made by or on behalf of the Purchaser, except that the Purchaser shall pay at Closing any unpaid monthly advisory fees and expenses owed to Blackstone through the Closing Date, regardless of whether such fees and expenses have been approved by the Bankruptcy Court, provided, however, that such monthly fees and expenses shall not exceed $532,000 in the aggregate.

Section 4.6    Funding. Seller has received a commitment from CSFB Global Opportunities Partners, L.P., an investment entity with over $1.5 billion under management to make a fifty million dollar equity investment in the Purchaser in consideration of two-thirds of the equity in the Purchaser, such equity investment to be comprised of (i) the delivery of $47,500,000 in immediately available funds or wire transfer to an account specified by the Purchaser on the Closing Date and (ii) the purchase of a 100% participating interest in a $2,500,000 bridge loan made to Seller pursuant to the DIP Agreement. The commitment is conditional upon the Purchaser having no debt other than (i) the obligation to pay approximately $20 million to the purchasers of the DIP Liens and (ii) the Assumed Liabilities.

## ARTICLE V

## COVENANTS

Section 5.1    Section 365 Motion. As promptly as practicable after the date hereof, Seller shall file a motion (the "Section 365 Motion") with the Bankruptcy Court seeking approval of the assumption and assignment of the Designated Contracts to the Purchaser. Seller shall (i) notify, as is required by the Bankruptcy Code, all parties entitled to notice of the Section 365 Motion and/or the Sale Orders, as modified by orders in respect of notice which may be issued at any time and from time to time by the Bankruptcy Court, and (ii) use its best efforts to obtain Bankruptcy Court approval of same.

Section 5.2    Conduct of Business by Seller Pending the Closing. Except as reasonable and necessary to the continued prosecution of its Chapter 11 reorganization case, or as otherwise required by the Bankruptcy Code, between the date of execution of this Agreement and

9

the Closing, Seller will cause the Acquired Assets to be operated in the ordinary course of business, consistent with past custom and practice, and shall not take any action inconsistent with the transactions contemplated hereby and will not permit any material transactions outside the ordinary course of business without the prior written consent of the Purchaser.

Section 5.3    Access and Information.  Seller shall afford to the Purchaser and to Purchaser's financial advisors, legal counsel, accountants, consultants, financing sources, and other authorized representatives access during normal business hours throughout the period prior to the Closing Date to all books, records, properties, and personnel of Seller that pertain to the Acquired Assets and, during such period, shall furnish as promptly as practicable to the Purchaser any and all such information as the Purchaser reasonably may request pertaining to the Acquired Assets.

Section 5.4    Additional Matters.  Subject to the terms and conditions of this Agreement, each of the parties hereto agrees to use all commercially reasonable efforts to take, or cause to be taken, all action and to do, or cause to be done, all things necessary, proper, or advisable under applicable laws and regulations to consummate and make effective the transactions contemplated by this Agreement, including using all commercially reasonable efforts to obtain all necessary waivers, consents, and approvals required under this Agreement.

Section 5.5    Further Assurances.  In addition to the provisions of this Agreement, from time to time after the Closing Date, Seller and the Purchaser will use all commercially reasonable efforts to execute and deliver such other instruments of conveyance, transfer or assumption, as the case may be, and take such other actions as may be reasonably requested to implement more effectively, the conveyance and transfer of the Acquired Assets to the Purchaser and the assumption of the Assumed Liabilities by the Purchaser.

Section 5.6    Appointment of Seller's Representative.  Seller shall appoint a representative ("Seller's Representative") to act on behalf of Seller with respect to all matters related to this Agreement after the Closing Date, including without limitation, the filing of any forms with respect to the Allocation Schedule pursuant to Section 1.7 of this Agreement.  The Seller shall provide Purchaser with written notice of the identity of Seller's Representative within 5 calendar days after the Closing Date.

10

## ARTICLE VI

## CONDITIONS PRECEDENT

Section 6.1    Conditions Precedent to Obligation of Seller and the Purchaser. The respective obligations of each party to effect the transactions contemplated by this Agreement shall be subject to the satisfaction of the following conditions:

(a)    the waiting period, if any, under the HSR shall have expired;

(b)    the Acquired Assets are sold free and clear of any and all liens, claims, encumbrances, and interests (except as consented to by the Purchaser);

(c)    the Sale Orders, in form and substance consistent with this Agreement, shall have been entered by the Bankruptcy Court and such order shall not have been stayed, modified, reversed or amended;

(d)    none of the Foreign Subsidiaries shall be the subject of any insolvency or similar proceedings under the laws of their respective jurisdictions; and

(e)    the Chapter 11 bankruptcy case of the Seller instituted on the Petition Date shall not have been converted to a Chapter 7 bankruptcy case.

Section 6.2    Conditions Precedent to Obligation of Seller. The obligation of Seller to effect the transactions contemplated by this Agreement shall be subject to the satisfaction or waiver at or prior to the Closing Date of the following additional conditions:  The Purchaser shall have performed in all material respects its obligations under this Agreement required to be performed by the Purchaser at or prior to the Closing Date and the representations and warranties of the Purchaser contained in this Agreement shall be true and correct in all material respects as of the Closing Date as if made at and as of such date, except as otherwise contemplated by this Agreement.

Section 6.3    Conditions Precedent to Obligation of the Purchaser. The obligation of the Purchaser to effect the transactions contemplated by this Agreement shall be subject to the satisfaction or waiver at or prior to the Closing Date of the following additional conditions:

(a)    Seller shall have performed in all material respects its obligations under this Agreement required to be performed by Seller at or prior to the Closing Date;

(b)    the representations and warranties of Seller contained in this Agreement shall be true and correct in all material respects as of the Closing Date as if made at and as of such date, except as otherwise contemplated by this Agreement;

11

(c)     the amounts that the Purchaser is obligated to pay under Section 1.3 shall be no more than $5 million; and

(d)     the amounts that the Purchaser is obligated to pay under Section 1.4(i) with respect to the Assumed Professional Liabilities shall be no more than $2.0 million.

## ARTICLE VII

## TERMINATION

Section 7.1     Termination.  This Agreement may be terminated:

(a)     by mutual written agreement of Seller and the Purchaser prior to the Closing Date;

(b)     by either Seller or the Purchaser if the Bankruptcy Court approves a higher or better offer for the Acquired Assets;

(c)     by Seller if any of the conditions set forth in Section 6.2 shall have become incapable of fulfillment or cure and shall not have been waived by Seller, provided Seller is not then in breach of this Agreement; or

(d)     by the Purchaser if any of the conditions set forth in Section 6.3 shall have become incapable of fulfillment or cure and shall not have been waived by the Purchaser, provided the Purchaser is not then in breach of this Agreement.

Section 7.2     Effect of Termination and Abandonment.  If this Agreement is terminated pursuant to Section 7.1(b), the Purchaser shall be entitled to a reasonable expense reimbursement approved by the Bankruptcy Court to be paid only out of the proceeds of the sale of the Acquired Assets and shall not constitute administrative expense claims of the Seller's estates.

12

## ARTICLE VIII

## GENERAL PROVISIONS

Section 8.1    Survival of Representations, Warranties, and Agreements.  No representations or warranties in this Agreement or in any instrument delivered pursuant to this Agreement shall survive beyond the Closing Date.

Section 8.2    Taxes.  All sales, use, transfer and documentary taxes or fees, if any, payable in connection with the sale, conveyance, assignments, transfers and deliveries to be made to the Purchaser hereunder shall be borne by the Purchaser and paid when due.

Section 8.3    Notices.  All notices, claims, demands, and other communications hereunder shall be in writing and shall be deemed given upon (a) confirmation of receipt of a facsimile transmission, (b) confirmed delivery by a standard overnight carrier or when delivered by hand, or (c) the expiration of five (5) business days after the day when mailed by registered or certified mail (postage prepaid, return receipt requested), addressed to the respective parties at the following addresses (or such other address for a party as shall be specified by like notice):

      (a)    If to the Purchaser, to

Goss International Corporation
700 Oakmont Lane
Westmont, Illinois 60559
Attention:    General Counsel
Facsimile No.:  (630) 850-6647
Telephone No.: (630) 850-5827

with copies to:

CSFB Global Opportunities Partners, L.P.
11 Madison Avenue
New York, NY 10010
Attention:    Chris Pechock
Facsimile No.:    (212) 325-6504
Telephone No:    (212) 325-9743

Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038
Attention:    Brian Hoffmann, Esq.
Facsimile No.:    (212) 504-6666
Telephone No.:    (212) 504-6000

and

(b)     If to Seller, to

> Goss Graphic Systems, Inc.
> 700 Oakmont Lane
> Westmont, Illinois  60559-5546
> Telecopy: (630) 850-6310
> Attention: MaryAnn Spiegel, Esq.

> with copies to

> Skadden, Arps, Slate, Meagher & Flom (Illinois)
> 333 West Wacker Drive, Suite 2100
> Chicago, Illinois 60606-1285
> Telecopy: (312) 407-0411
> Attention:  David S. Kurtz, Esq.

> The Blackstone Group L.P.
> 345 Park Avenue
> New York, New York  10154
> Telecopy: (212) 583-5707
> Attention: Stefan Feuerabendt

Section 8.4   Descriptive Headings.  The headings contained in this Agreement are for reference purposes only and shall not affect in any way the meaning or interpretation of this Agreement.

Section 8.5   Entire Agreement; Assignment.  This Agreement (including the Exhibits and the other documents and instruments referred to herein) (a) constitutes the entire agreement and supersedes all other prior agreements and understandings, both written and oral, among the parties or any of them, with respect to the subject matter hereof, including, without limitation, any transaction between or among the parties hereto, provided, however, that the terms of any confidentiality agreement executed in connection with the Purchaser's investigation and due diligence of the Acquired Assets shall survive execution of this Agreement, and (b) shall not be assigned by operation of law or otherwise.

Section 8.6   Governing Law.  This Agreement shall be governed by and construed in accordance with the laws of the State of Illinois without regard to the rules of conflict of laws of the State of Illinois or any other jurisdiction.  Each of the parties hereto irrevocably and unconditionally consents to submit to the jurisdiction of the courts of Illinois and the United States of America located in such state, including the Bankruptcy Court, for any litigation arising out of or relating to this Agreement and the transactions contemplated thereby

14

(and agrees not to commence any litigation relating thereto except in such courts), waives any objection to the laying of venue of any such litigation therein, and agrees not to plead or claim that such litigation has been brought in an inconvenient forum.

Section 8.7    Expenses.  Whether or not the transactions contemplated by this Agreement are consummated, all costs and expenses incurred in connection with this Agreement and the transactions contemplated thereby shall be paid by the party incurring such expenses. The foregoing shall not affect the legal right, if any, that any party hereto may have to recover expenses from any other party that breaches its obligations hereunder.

Section 8.8    Amendment.  This Agreement may not be amended except by an instrument in writing signed on behalf of all the parties hereto.

Section 8.9    Waiver.  At any time prior to the Closing Date, the parties hereto may (a) extend the time for the performance of any of the obligations or other acts of the other parties hereto, (b) waive any inaccuracies in the representations and warranties contained herein or in any document delivered pursuant hereto, and (c) waive compliance with any of the agreements or conditions contained herein. Any agreement on the part of a party hereto to any such extension or waiver shall be valid only if set forth in an instrument in writing signed on behalf of such party.

Section 8.10    Counterparts; Effectiveness.  This Agreement may be executed in two or more counterparts, each of which shall be deemed to be an original but all of which shall constitute one and the same agreement. This Agreement shall become effective when each party hereto shall have received counterparts thereof signed by the other parties hereto.

Section 8.11    Severability; Validity; Parties in Interest.  If any provision of this Agreement or the application thereof to any person or circumstance is held invalid or unenforceable, the remainder of this Agreement, and the application of such provision to other persons or circumstances, shall not be affected thereby, and to such end, the provisions of this Agreement are agreed to be severable. Nothing in this Agreement, express or implied, is intended to confer upon any person not a party to this Agreement any rights or remedies of any nature whatsoever under or by reason of this Agreement.

15

IN WITNESS WHEREOF, Seller and the Purchaser have caused this Agreement to be executed on their behalf by their officers thereunto duly authorized, as of the date first above written.

GOSS GRAPHIC SYSTEMS, INC.

By: _____

    Name:  Joseph P. Gaynor, III
    Title:  Executive Vice President


GOSS INTERNATIONAL CORPORATION

By: _____

    Name:  Joseph P. Gaynor
    Title:  Chief Financial Officer

## Schedule 1.4(ii)

### Assumed Professional Liabilities

| | |
|---|---|
| Bingham Dana LLP | $53,664.19 |
| De Pardieu Brocas Maffei & Leygonie | $20,467.20 |
| Gardner Carton & Douglas | $10,000.00 |
| Kaye Scholer LLP | $88,834.49 |
| Law Offices of Hideyuki Sakai | $14,901.30 |
| Logan & Company, Inc. | $60,989.23 |
| Mallesons Stephen Jaques | $5,370.88 |
| Mesirow Financial | $122,500.00 |
| O'Melveny & Myers LLP | $250,000.00 |
| PricewaterhouseCoopers LLP | $149,843.09 |
| Schwartz, Cooper, Greenberger & Krauss | $60,606.11 |
| Skadden. Arps. Slate, Meagher & Flom (Illinois) | $400,000.00 |
| Yuwa Partners | $5,323.54 |

**Schedule 1.4(iv)**
**Assumed Intercompany Liabilities**

Amended 2/15/02

|  | Currency | Outstanding Amount |
|---|---|---|
| **Intercompany Debt Owed by Purchaser to:** | | |
| Goss Graphic Systems Japan Corp, | Yen | 3,756,760,000 |

## Schedule 1.4(v)

### Assumed KERP Liabilities

**Permanent Employee Group:**

| Employee | Position | Retention |
|---|---|---|
| Klimek | VP Planning | S 25,000 |
| Spiegel | General Counsel | 25,000 |
| Gozali | Financial Analysis | 12,500 |
| Schultz | Sr VP Global Sales | 25,000 |
| Grosso | Dir Installation | 25,000 |
| Hojnicki | Sr. VP Global Parts | 25,000 |
| Kokulus | Dir Aftermarket | 12,500 |
| | **Subtotal** | **S 150,000** |

**Transition Employee Group – Cedar Rapids:**

| Employee | Position | Retention |
|---|---|---|
| Irmen | Plant Manager | S 50,000 |
| Kinyon | Mgr Inventory Control | 20,000 |
| McDowell | Acct Payable Supr | 20,000 |
| Richardson | Supr Accounting Cost | 20,000 |
| Rundle | Supr Facility | 20,000 |
| | **Subtotal** | **S 130,000** |
| | **TOTAL** | **S 280,000** |

**Schedule 3.6**

**Material Executory Contracts**

Goss Graphi... stems, Inc.
Executory ...ntracts
Customer Contracts

| ORGANIZATION NAME | PRODUCT LINE | ORDER | DESCRIPTION | COMMENT | ADDRESS | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| AMERICAN COLOR GRAPHICS | C700 | C706126 | | | 5101 VALLEY INDUSTRIAL BLVD | SHAKOPEE | MN | 55379 | USA |
| CREPS UNITED | C700 | C70612425 | | | 40 CHRISTY PARK DRIVE | INDIANA | PA | 15701 | USA |
| PRO LINE PRINTING, INC. | C700 | C706117-19 | 15 MONTHS AFTER INSTALLATION BUT NOT MORE THAN 18 MONTHS AFTER DELIVERY | | 401 GREAT SW PARKWAY | DALLAS | TX | 76011 | USA |
| PRO LINE PRINTING, INC. | C700 | C706122 | 15 MONTHS AFTER INSTALLATION BUT NOT MORE THAN 18 MONTHS AFTER DELIVERY | | 10519 INDUSTRIAL DR. | PINEVILLE | NC | 28134 | USA |
| QUEBECOR WORLD | C700 | C704000A | 15 MONTHS AFTER INSTALLATION BUT NOT MORE THAN 18 MONTHS AFTER DELIVERY | | 2201 COOPER AVE | MERCED | CA | 95348 | USA |
| RETAIL PRINTING CO., INC. | C700 | C706121 | | | 50 JOHN HANCOCK RD | TAUNTON | MA | 02780 | USA |
| EL NUEVO DIA | COLORLINER | CN2103 | | | PO BOX 7512 | SAN JUAN | PUERTO RICO | 00906 | |
| HARRISBURG PATRIOT NEWS | COLORLINER | CN2102 | 36 MONTHS AFTER ACCEPTANCE; 72 MONTHS AFTER ACCEPTANCE FOR DRIVE TRAIN | | | ENOLA | PA | 17025 | USA |
| REPOSITORY | COLORLINER | CN2032A | | | 500 MARKET AVE SOUTH | CANTON | OH | 44702 | USA |
| SINGAPORE | COLORLINER | CN2087-90 | 12 MONTHS AFTER 9/29/00 SETTLEMENT AGREEMENT; 36 MONTHS FROM AGREEMENT FOR CYLINDER CORROSION, BEARER, MAIN DRIVE, GEARS, CAM, FRAMES, CYLINDER & VIBRATOR OIL LEAKAGE; 24 MONTHS FROM AGREEMENT FOR SMART SERIES OF ELECTRICAL COMPONENTS | | 2 JURONG PORT ROAD | SINGAPORE | | 619088 | SINGAPORE |
| SUN-SENTINEL | COLORLINER | CN2003B | CN2003B 7/23/01 | | 333 S.W. 12TH AVE | DEERFIELD BEACH | FL | 33442 | USA |
| GRANVILLE PRINTING | COMMERCIAL | EP19707 | | NO OM EDITIONACCEPTANCE LETTER IN FILE | 4719 WANREST AVE | GRANDVILLE | MI | 49418 | USA |
| VON HOFFMANN GRAPHICS, INC. | COMMERCIAL | M166015 | | | 400 S. 14TH AVE | ELDRIDGE | IA | 52748 | USA |
| THE DAILY HERALD, WAUSAU | EP | EP19615 | ENHANCEMENTS | UNDER WARRANTY | 800 SCOTT STREE | WAUSAU | WI | 54401 | USA |
| ARKANSAS DEMOCRAT GAZETTE | EP | EP19644 | PWC | UNDER WARRANTY | | | | | |

Goss Graphi   stems, Inc.
Executory Contracts
Customer Contracts

| ORGANIZATION NAME | PRODUCT LINE | ORDER | DESCRIPTION | COMMENT | ADDRESS | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| BIRMINGHAM | EP | EP18837 | DPP | UNDER WARRANTY | 2200 4TH NORTH AVE | BIRMINGHAM GREEN | AL | 35203 | |
| BOULDER | EP | EP19598 | ENHANCEMENTS | UNDER WARRANTY | 1048 PEARL STREET | BOULDER | CO | 80302 | USA |
| CHICAGO TRIBUNE | EP | EP19395 | ENHANCEMENTS | UNDER WARRANTY | 777 W. CHICAGO AVE | CHICAGO | IL | 60610 | USA |
| CORPUS CHRISTI | EP | EP19585 | ENHANCEMENTS | UNDER WARRANTY | | | | | |
| DAYTONA | EP | EP19633 | PWC | UNDER WARRANTY | 901 6TH STREET | DAYTONA BEACH | FL | 32120 | USA |
| DENVER POST | EP | EP19628 | DPP | UNDER WARRANTY | 1650 BROADWAY STREET | DENVER | CO | 80202 | USA |
| DOW JONES | EP | EP19648A-F | WEB LEADS | UNDER WARRANTY | ROUTE 1 @ RIDGE RD | SOUTH BRUNSWICK | NJ | 08852 | USA |
| DOW JONES | EP | EP19637 | EXT. TROLLEY | UNDER WARRANTY | ROUTE 1 @ RIDGE RD | SOUTH BRUNSWICK | NJ | 08852 | USA |
| EL COMMERCIO | EP | EP19571 | PWC | UNDER WARRANTY | JIRON MIROQUESADA 300 | LIMA | | | PERU |
| EL NUEVO DIA | EP | EP19603 | PRESS CONTROL UPGRADE | UNDER WARRANTY | PO BOX 7512 | SAN JUAN | PUERTO RICO | 00906 | |
| EL TIEMPO | EP | EP19649 | ENHANCEMENTS | UNDER WARRANTY | PASSEO MIRANDA, 39 | PUERTO LA CRUZ | | | VENEZUELA |
| EL UNVERSO | EP | EP19635 | ENHANCEMENTS | UNDER WARRANTY | Av. URDANETA, ESQUINA DE ANIMAS | CARACAS | DF | | VENEZUELA |
| FORT LAUDERDALE | EP | EP19587 | PWC | UNDER WARRANTY | 333 S.W. 12TH AVE | DEERFIELD BEACH | FL | 33442 | USA |
| FT WORTH STAR TELEGRAM | EP | EP19620 | PINS & BANDS | UNDER WARRANTY | 685 JOHN B SIAS MEMORIAL PKWY | FT WORTH | TX | 76134 | USA |
| GAINESVILLE | EP | EP19623 | ENHANCEMENTS | UNDER WARRANTY | 2700 S.W. 13TH STREET | GAINESVILLE | FL | 32608 | USA |
| HARTFORD COURANT | EP | EP19415 | DPP | UNDER WARRANTY | 285 BROAD STREET | WEST HARTFORD | CT | 06105 | USA |
| HARTFORD COURANT | EP | EP19582 | ENHANCEMENTS | UNDER WARRANTY | 285 BROAD STREET | WEST HARTFORD | CT | 06105 | USA |
| HOUSTON CHRONICLE | EP | EP19576, 19665, 19593 | STACKING PARTS, CYLINDERS, ENHANCEMENTS | UNDER WARRANTY | 801 TEXAS AVE | HOUSTON | TX | 77002 | USA |
| HOWARD PUBLISHING | EP | EP19639 | STACKING PARTS | UNDER WARRANTY | 601 45TH STREET | MUNSTER | IN | 46321 | USA |
| JOURNAL REGISTER, SPRINGFIELD | EP | EP19643 | PWC | UNDER WARRANTY | 1 COPLEY PLAZA | SPRINGFIELD | IL | 62705 | USA |
| LA VOZ | EP | EP19638 | ENHANCEMENTS | UNDER WARRANTY | AV COLON NO 37 | CORDOBA | ARGENTINA | 05000 | ARGENTINA |
| MEMPHIS | EP | EP19583 | ENHANCEMENTS | UNDER WARRANTY | 495 UNION AVE | MEMPHIS | TN | 38103 | USA |
| NAPLES | EP | EP19584 | ENHANCEMENTS | UNDER WARRANTY | 1075 CENTRAL AVE | NAPLES | FL | 34102 | USA |

Page 2

Goss Graphi    stems, Inc.
Executory  untracts
Customer Contracts

| ORGANIZATION NAME | PRODUCT LINE | ORDER | DESCRIPTION | COMMENT | ADDRESS | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| NEW YORK POST | EP | EP19416 | PWC | UNDER WARRANTY | 900 E. 132ND STREET | BRONX | NY | 10454 | USA |
| NEWPORT | EP | EP19405 | DPP & PWC | UNDER WARRANTY | 7505 WARWICK BLVD | NEWPORT NEWS | VA | 23607 | USA |
| OCALA | EP | EP19622 | ENHANCEMENTS | UNDER WARRANTY | 2121 S.W. 19TH AVE | OCALA | FL | 32674 | USA |
| OKLAHOMA PUBLISHING | EP | EP19327 | DPP | UNDER WARRANTY | 200 E. BRITTON RD | OKLAHOMA | OK | 73114 | USA |
| ORLANDO SENTINEL | EP | EP19367 | DPP & PWC | UNDER WARRANTY | 633 N ORANGE AVE | ORLANDO | FL | 32801 | USA |
| PRESSLINE | EP | EP19667 | ENHANCEMENTS | UNDER WARRANTY | 4123 SARPY AVE | ST. LOUIS | MO | 63110 | USA |
| PRESSLINE | EP | EP19726 | ENHANCEMENTS | UNDER WARRANTY | 4123 SARPY AVE | ST. LOUIS | MO | 63110 | USA |
| SACRAMENTO BEE | EP | EP19578 | ENHANCEMENTS | UNDER WARRANTY | 2100 Q STREET | SACRAMENTO | CA | 95814 | USA |
| SALISBURY | EP | EP19391 | PWC | UNDER WARRANTY | TIMES SQUARE | SALISBURY | MD | 21801 | USA |
| SANTA ROSA | EP | EP19581 | ENHANCEMENTS | UNDER WARRANTY | 427 MENDOCINO AVE | SANTA ROSA | CA | 95402 | USA |
| SARASOTA | EP | EP19626, EP19653 | ENHANCEMENTS, DPP | UNDER WARRANTY | 1900 UNIVERSITY PARKWAY | SARASOTA | FL | 34236 | USA |
| SINGAPORE | EP | EP19642 | ENHANCEMENTS | UNDER WARRANTY | 2 JURONG PORT ROAD | SINGAPORE | | 61908 8 | SINGAPORE |
| SPARTANBURG - HERALD JOURNAL | EP | EP19624 | ENHANCEMENTS | UNDER WARRANTY | 200 HERALD JOURNAL PARK | SPARTANBURG | SC | 29303 | USA |
| SPRINGFIELD OFFSET | EP | EP19609 | LOCK UP | UNDER WARRANTY | 6885 COMMERCIAL DRIVE | SPRINGFIELD | VA | 22159 | USA |
| ST. LOUIS POST DISPATCH | EP | EP19627 | RTF & RFB | UNDER WARRANTY | 900 N. 12TH BLVD | ST. LOUIS | MO | 63101 | USA |
| TACOMA NEWS TRIBUNE | EP | EP19606 | ENHANCEMENTS | UNDER WARRANTY | 1950 S STATE STREET | TACOMA | WA | 98405 | USA |
| THE CALGARY SUN, CANADA | EP | EP19558 | GEARS | UNDER WARRANTY | 2615 12TH AVE STREET N.E. | CALGARY | | T2E 7W9 | USA |
| THE DAILY TOWN TALK, ALEXANDRIA, LA. | EP | EP19631 | ENHANCEMENTS | UNDER WARRANTY | 1201 3RD STREET | ALEXANDRIA | LA | 71306 | USA |
| WILMINGTON | EP | EP19625 | ENHANCEMENTS | UNDER WARRANTY | 1003 S. 17TH STREET | WILMINGTON | NC | 28402 | USA |
| | | | | | | | | | |
| Buffalo News Press | EP | EP19600 | | | 200 Broadway | Buffalo | NY | 14204 | USA |
| CA Diario Panorama | EP | EP19664A | | | Avenida 15 cons esquina | Maracaibo | Estado Zulia | | Venezuela |
| Caraboneno | EP | EP19733 | | | Avenida Sowloitte 99-60 | Valencia | Caracas | | Venezuela |
| Chicago Tribune | EP | EP19411 | | | 435 North Michigan Ave. | Chicago | IL | 60611 | USA |
| Denver Folder Rebuild | EP | EP19744 | | | 4499 Fox Street | Denver | CO | 80216 | USA |
| Dow Jones - Dallas | EP | EP19661 | | | PO Box 300 | Princeton | NJ | 00543 | USA |
| Hartford Courant Air Spring | EP | EP19739 | | | 285 Broad Street | Hartford | CT | 06115 | USA |
| HomeTown News | EP | EP19647 | | | 1551 Burkhart Road | Howell | MI | 48843 | USA |
| Las Vegas folder enhancement | EP | EP19746 | | | 1111 West Bonanza Road | Las Vegas | NV | 89106 | USA |
| Nashville controls | EP | EP19740 | | | 1100 Boradway | Nashville | TN | 37203 | USA |
| Newport | EP | EP19405A | | | 7505 Warwick Blvd. | Newport | VA | 23607 | USA |

Goss Graphi  stems, Inc.
Executory contracts
Customer Contracts

| ORGANIZATION NAME | PRODUCT LINE | ORDER | DESCRIPTION | COMMENT | ADDRESS | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | News | | | |
| Newsday Tub RTF | EP | EP19731 | | | 253 Pinelawn Road | Melville | NY | 11747 | USA |
| Newsday Tub RTF | EP | EP19741 | | | 253 Pinelawn Road | Melville | NY | 11747 | USA |
| O'Neel Data Systems air springs | EP | EP19738 | | | 12865 Beatrice Street | Los Angeles | CA | 90066 | USA |
| Pensacola News | EP | EP19662 | | | 101 E. Romania Street | Pensacola | FL | 32501 | USA |
| Pressline Allentown | EP | EP19735 | | | 4123 Sarpy Ave. | Saint Louis | MO | 63110 | USA |
| Pressline Allentown | EP | EP19735A | | | 4123 Sarpy Ave. | Saint Louis | MO | 63110 | USA |
| Pressline Baltimore | EP | EP19736 | | | 4123 Sarpy Ave. | Saint Louis | MO | 63110 | USA |
| Pressline Baltimore | EP | EP19736A | | | 4123 Sarpy Ave. | Saint Louis | MO | 63110 | USA |
| Pressline Joplin | EP | EP19737A | | | 4123 Sarpy Ave. | Saint Louis | MO | 63110 | USA |
| San Diego Digital Page Packs | EP | EP19651 | | | 7776 Ivanhoe Ave. | La Jolla | CA | 92037 | USA |
| Sarasota dpp and controls | EP | EP19663 | | | 801 S. Tamiami Trail | Sarasota | FL | 34236 | USA |
| Stereroom/NYT Air springs | EP | EP19743 | | | PO Box 319, 53 Church Street | Montrose | PA | 18801 | USA |
| Stereroom/NYT SFR | EP | EP19742 | | | PO Box 319, 53 Church Street | Montrose | PA | 18801 | USA |
| Times of India | EP | EP19727 | | | The Times fo India Bldg. | Mumbai | | 400 001 | India |
| Times Picayune | EP | EP19355 | | | 3800 Howard Ave. | New Orleans | LA | 70140 | USA |
| Las Vegas Review Journal | Consignment | | | | 1111 West Bonanza Road | Las Vegas | NV | 89125 | USA |
| | HEADLINER | HO5034A,HO5026A & B, HO5027A, HO5029A Customer Unit Number 48,49,50,51,52 | | | | | | | |
| TIMES-PICAYUNE PUBL. CORP. | | | | | 3800 HOWARD STREET | NEW ORLEANS | LA | 70125 | USA |
| BAY CITY TIMES | MAGNUM | MSC8001 | 12 MONTHS, PARTS ONLY | POST-PETITION INSTALLATION: NO ON EDITION/ACCEPTANCE LETTER IN FILE | 311 5TH STREET | BAY CITY | MI | 48706 | USA |
| COMMUNITY PUBLISHERS | MAGNUM | MSC9002 | 15 MONTHS AFTER "CONFORMITY" BUT NOT MORE THAN 24 MONTHS AFTER DELIVERY | | 3901 E. MUSTARD WAY | SPRINGFIELD | MO | 65809 | USA |
| GASTON GAZETTE | MAGNUM | MSC9000 | 18 MONTHS AFTER ACCEPTANCE BUT NOT MORE THAN 24 MONTHS AFTER "ON-EDITION" DATE; 60 MONTHS AFTER "ON-EDITION" DATE FOR MAIN GEARS, DRIVE LINES, ECCENTRIC SLEEVES & FRAME BORES | 7/1/06 EXTENDED WARRANTY ON SLEEVES & FRAME BORES | 1893 REMOUNT RD | GASTONIA | NC | 28056 | USA |
| MUSKEGON CHRONICLE | MAGNUM | MSC8000 | 36 MONTHS AFTER ACCEPTANCE; ADDITIONAL 12 MONTHS "STORAGE PERIOD" | 12 MONTHS IF INSTALLATION DELAYED PAST 36 MONTH | | MUSKEGON | MI | 49442 | USA |
| SAGINAW NEWS | MAGNUM | MSC8002 | 12 MONTHS, PARTS ONLY | POST-PETITION INSTALLATION: NO | 203 S. WASHINGTON | SAGINAW | MI | 48607 | USA |

Goss Graphic Systems, Inc.
Executory Contracts
Customer Contracts

| ORGANIZATION NAME | PRODUCT LINE | ORDER | DESCRIPTION | COMMENT | ADDRESS | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| ST. JOSEPH NEWS-PRESS | MAGNUM | MSC 5050 | | ON EDITION/ACCEPTANCE LETTER IN FILE | AVE / 825 EDMOND STREET | ST. JOSEPH | MO | 64502 | USA |
| CHICAGO TRIBUNE | METROCOLOR | MC6009A | | | 777 W. CHICAGO AVE | CHICAGO | IL | 60610 | USA |
| DURHAM HERALD SUN | METROCOLOR | MC 6061 Customer unit 7 | | | 2828 PICKETT RD | DURHAM | NC | 27705 | USA |
| FT. WORTH STAR-TELEGRAM | METROCOLOR | MC6050,51,52,53,47,48,49,54 | 36 MONTHS AFTER ACCEPTANCE; 120 MONTHS AFTER ACCEPTANCE FOR DIGITAL PAGE PACKS | | 685 JOHN B SIAS MEMORIAL PKWY | FT WORTH | TX | 76134 | USA |
| SAN DIEGO UNION-TRIBUNE | METROCOLOR | MC6055-58, EP18821A-D, EP18822A-D, EP18823A-D, 2/1/01 | | | 350 CAMINO DE LA REINA | SAN DIEGO | CA | 92108 | USA |
| DENVER POST | NEWSLINER | NL7027 PUNCH LIST ITEMS ONLY | 12 MONTHS FROM INSTALLATION FOR PUNCH LIST ITEMS ONLY | UNDER WARRANTY | 1650 BROADWAY STREET | DENVER | CO | 80202 | USA |
| DOW JONES | NEWSLINER | NL7047-56 | 12 MONTHS AFTER FINAL ACCEPTANCE; 30 MONTHS AFTER FINAL ACCEPTANCE FOR DRIVE LINE, PLATE & BLANKET CYLINDERS, 60 MONTHS AFTER FINAL ACCEPTANCE FOR ELECTRICAL COMPONENTS; 120 MONTHS AFTER FINAL ACCEPTANCE FOR DIGITAL PAGE PACKS | | | SOUTH BRUNSWICK | NJ | 08852 | USA |
| LAS VEGAS REVIEW JOURNAL | NEWSLINER | NL7039-40 | 36 MONTHS AFTER "ON-EDITION"; 72 MONTHS AFTER "ON-EDITION" FOR DRIVE TRAIN; 120 MONTHS AFTER "ON-EDITION" FOR CYLINDERS | | 1111 W. BONANZA RD | LAS VEGAS | NV | 89106 | USA |
| NEW YORK POST | NEWSLINER | NL7042-45 | WARRANTY STARTS FOR ALL 4 TOWERS AFTER ACCEPTANCE OF 4TH TOWER | PARTS ONLY, 1 YEAR | 900 E. 132ND STREET | BRONX | NY | 10454 | USA |
| ORLANDO SENTINEL | NEWSLINER | NL7022 to NL7026, NL7025 DPP NL7024 NL7022 DPP-NL7023 DPP,NL7026 DPP | | | 633 N ORANGE AVE | ORLANDO | FL | 32801 | USA |
| ADVOCATE PUBLISHERS | SSC | SSC0875 | | POST-PETITION CONTRACT | FONTABELLE, ST. MICHAEL | BRIDGETOWN | BARBADOS | | W.I. |
| ASIAN CULTURE | SSC | SSC# | | | 295 KENT AVE | BROOKLYN | NY | 12111 | USA |
| BAO AN DAILY NEWS | SSC | SSC8437/38 | | POST-PETITION CONTRACT | NO. 76 DISTRICT LIU TANG RD. | SHENZHEN | | | PEOPLES REPUBLIC OF CHINA |
| BEIJING ARMY | SSC | SSC8436 | | NO EDITION/ACCEPTANCE LETTER IN FILE | NO. 8 FUWAI BAIN WAN ZHUANG DAJIE | BEIJING | | 100037 | PEOPLES REPUBLIC OF CHINA |

Page 5

Goss Graphi    stems, Inc.
Executory  contracts
Customer Contracts

| ORGANIZATION NAME | PRODUCT LINE | ORDER | PRODUCT | DESCRIPTION | COMMENT | ADDRESS | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CHINA |
| BLUE ISLAND NEWSPAPER PRINTING, INC. | SSC | SSC 9037C | | | | 262 W. 147TH STREET | HARVEY | IL | 60426 | USA |
| BRUNSWICK NEWS | SSC | SC 673B | | | | 3011 ALTAMA AVE | BRUNSWICK | GA | 31520 | USA |
| BRUNSWICK NEWS | SSC | SSC0626A | | 15 MONTHS AFTER INSTALLATION BUT NOT MORE THAN 18 MONTHS AFTER DELIVERY | NO ON EDITION/ACCEPTANCE LETTER IN FILE | 3011 ALTAMA AVE | BRUNSWICK | GA | 31520 | USA |
| CARTER HUBBARD PUBL. | SSC | EP 19699 | | | | 711 MAIN STREET | NORTH WILKESBORO | NC | 28659 | USA |
| CASTLE PRINT TECH | SSC | SSC9112A | | 15 MONTHS AFTER INSTALLATION BUT NOT MORE THAN 18 MONTHS AFTER DELIVERY | | 121 INDUSTRIAL DRIVE | DEKALB | IL | 60115 | USA |
| CHANGCHUN DAILY NEWS | SSC | SSC 8427 | | | | | DAILIAN | | | PEOPLES REPUBLIC OF CHINA |
| COLLEGE PRINTERS | SSC | SSC0873B | | 15 MONTHS AFTER INSTALLATION BUT NOT MORE THAN 18 MONTHS AFTER DELIVERY | NO ON EDITION/ACCEPTANCE LETTER IN FILE | 865 TERMINAL AVE. | VANCOUVER | BC | V6A2 N3 | CANADA |
| CONTINENTAL PRTG CO. | SSC | SSC576A | | | | 580 W. 20TH STREET | HIALEAH | FL | 33010 | USA |
| CT PRINTING | SSC | SSCO777A | | | POST-PETITION CONTRACT | 445 MANDERA STREET | SAN GABRIEL | CA | 91776 | USA |
| EAGLE WEB PRESS | SSC | SSC00685C | | 15 MONTHS AFTER INSTALLATION BUT NOT MORE THAN 18 MONTHS AFTER DELIVERY | NO ON EDITION/ACCEPTANCE LETTER IN FILE | 119 BONNIE DRIVE | BUTLER | PA | 16002 | USA |
| EDITORIA FOLHA DIRIGIDA | SSC | SSC0809B | | | NO ON EDTION | RUA DO RIACHUELO | RIO DE JANEIRO | | 20230-014 | BRAZIL |
| ESPY | SSC | SSC# | | | POST-PETITION CONTRACT | ROME ROAD | SUMMERVILLE | GA | 30747 | USA |
| HERALD MULTIFORMS, INC. | SSC | SSCS 9125 / SSC 9125A | | | | 1611 HIGHWAY 301 SOUTH | DILLON | SC | 29536 | USA |
| IMPRIMERIE INTERWEB, INC. | SSC | SSC651A | | | | 1603 BOULDVARD MONTARVILLE | BOUCHERVILLE | PQ | J4BY5 2 | CANADA |
| KOREA CENTRAL DAILY NEWS, INC. | SSC | SSC 324C | | | | 43-31 36TH STREET | LONG ISLAND CITY | NY | 11101 | USA |
| LIUZHOU DAILY NEWS | SSC | SSC8435 | | | NO ON EDITION/ACCEPTANCE LETTER IN FILE | NO 67 ZHONGSHAN XI RD | LIUZHOU | | | PEOPLES REPUBLIC OF CHINA |
| MESSENGER PUBLISHING | SSC | C0006673B | | 15 MONTHS AFTER INSTALLATION BUT NOT MORE THAN 18 MONTHS AFTER DELIVERY | | 31 1ST AVE, NE | CAIRO | GA | 31728 | USA |
| MING PAO HOLDINGS | SSC | SSC679C/681B, SSC739A, SSC679C, SSC681B | | | | 5388 PARKWOOD PLACE | RICHMOND | BC | V6V2 N1 | CANADA |
| NEWSWEB | SSC | SSC0870 | | 15 MONTHS AFTER INSTALLATION BUT NOT MORE THAN 21 MONTHS AFTER DELIVERY | | 1645 W. FULLERTON AVE | CHICAGO | IL | 60614 | USA |
| O'POPULAR | SSC | SSC789B/1241B | | | POST-PETITION CONTRACT | RU THOMAZ EDSON, | GOIANIA | | | BRAZIL |

Goss Graphic Systems, Inc.
Executory Contracts
Customer Contracts

| ORGANIZATION NAME | PRODUCT LINE | ORDER | DESCRIPTION | COMMENT | ADDRESS | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| OREGON LITHO PRINT, INC. | SSC | SSC 813A | | | QUANDRA 7, SECTOR SERRINHA, 1315 MILLER | MCMINNVILLE | OR | 97128 | USA |
| PAN YU | SSC | SSC8431 | | | NO. 41 QIAOZHEN PINGKANG ROAD | PANYU GUANGDONG PROVINCE | | | PEOPLES REPUBLIC OF CHINA |
| SING TAO DAILY | SSC | SSC 865 | | UNDER WARRANTY | ONE YOUNGE STREET | TORONTO | ON | M5E1 E6 | CANADA |
| SING TAO DAILY | SSC | SCD1339D | | | 911 FLUSHING AVE | BROOKLYN | NY | 11206 | USA |
| SOUTHWEST PRINTERS | SSC | SSC0401A | 15 MONTHS AFTER INSTALLATION BUT NOT MORE THAN 18 MONTHS AFTER DELIVERY | POST-PETITION CONTRACT | 3721 MEADE AVE | LAS VEGAS | NV | 89102 | USA |
| TRADER MEDIA | SSC | SSC 868  SSC folder w/quarter fold attachment Crosshead Perforator (EP19706) | | | 23 APEX ROAD | TORONTO | ON | M6A 2V6 | CANADA |
| VALLEY INDEPENDENT | SSC | SSC 866 | | | EAST GATE 19 | MONESSEN | PA | 15062 | USA |
| WATKINS COMPANY | SSC | SSC 8433/34 | | | 3066 NORBROOK DRIVE | MEMPHIS | TN | 38116 | USA |
| WILLIAMSON COUNTY SUN | SSC | C001632A | 15 MONTHS AFTER INSTALLATION BUT NOT MORE THAN 18 MONTHS AFTER DELIVERY; 5 YEARS AFTER INSTALLATION FOR PLATE/BLANKET CYLINDERS, CYLINDER GEARS, ECCENTRIC SLEEVES, FRAME BORES, DRIVE SHAFTS, COUPLINGS | POST-PETITION CONTRACT | 707 MAIN STREET | GEORGETOWN | TX | 78626 | USA |
| WINCO PRESS, INC. | SSC | SSC 810B | | | 43-31 33RD STREET | LONG ISLAND | NY | 11101 | USA |
| XIAN ARMY, PEOPLES LIBERATION ARMY FACTORY | SSC | SSC 8430 | | | 18, DONG SHI ROAD | XIAN, SHAANIX PROVINCE | | | PEOPLES REPUBLIC OF CHINA |
| ZHANJIANG DAILY NEWS | SSC | SSC 8432 | | | GUANGDONG PROVINCE | | | | PEOPLES REPUBLIC OF CHINA |
| Newsweb Corporation | SSC | Contract dated 2/8/98 | extended warranty on portion of folder | | 1645 W. FULLERTON AVE | Chicago | IL | 60614 | USA |
| Ruston Newspapers Incorporated | SSC | SSC876 | | | 212 W. Park Avenue | Ruston | LA | 71270 | USA |
| EAGLE PRINTING COMPANY | UNILINER | UNL8000 | | PRE-PETITION CONTRACT | 119 BONNIE DRIVE | BUTLER | PA | 16002 | USA |
| ALLIED PRINTING SERV., INC. | UNIVERSAL | EP 19680 (U45) | | | 579 MIDDLE TURNPIKE, W. | MANCHESTER | CT | 06045 | USA |
| CEDAR RAPIDS GAZETTE | UNIVERSAL | U70-7000 | | PARTS ONLY, 1 YEAR | 4700 BOWLING STREET | CEDAR RAPIDS | IOWA | 52405 | USA |

Goss Graphic Systems, Inc.
Executory Contracts
Customer Contracts

| ORGANIZATION NAME | PRODUCT LINE | ORDER | DESCRIPTION | COMMENT | ADDRESS | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| IMPRENSA OFICIAL DO ESTADO | UNIVERSAL | U5002A-3A [urbanite] | | | | RUA DA MOOCA | SAO PAULO | | BRAZIL |
| NORTH HILL NEWS | UNIVERSAL | U451007 | 15 MONTHS AFTER INSTALLATION BUT NOT MORE THAN 18 MONTHS AFTER DELIVERY | NO ON EDITION/ACCEPTANCE LETTER IN FILE | 278 19TH ST., N.E. | CALGARY | AB | T2E 8P7 | CANADA |
| PHOENIX NEWSPAPER, INC. | UNIVERSAL | U45-101506 | | | 200 EAST VAN BUREN STREET | PHOENIX | AZ | 85004 | USA |
| TRIBUNE PUBLISHING | UNIVERSAL | U4550304 | 15 MONTHS AFTER INSTALLATION BUT NOT MORE THAN 18 MONTHS AFTER DELIVERY | | | COLUMBIA | MO | 65201 | USA |
| WEB ATLANTIC | UNIVERSAL | U45-1009/SSC473C | | | 114 CHAIN LAKE DRIVE | HALIFAX | NS | B3S1 B1 | CANADA |
| | | | | | | | | | |
| | | | | | | | | | |
| BLUE ISLAND NEWSPAPERS | URBANITE | U005106 | | | 262 W. 147TH STREET | HARVEY | IL | 60426 | USA |
| EL TIEMPO | URBANITE | U001479 | | | PASSEO MIRANDA, 39 | PUERTO LA CRUZ | | | VENEZUELA |
| FREE LANCE STAR | URBANITE | U1422A | | | 616 AMELIA STREET | FREDERICKSBURG | VA | 22401 | USA |
| GRANTS PASS DAILY COURIER | URBANITE | U1240A | | | 409 S.E. 7TH STREET | GRANTS PASS | OR | 97526 | USA |
| | | | | | | | | | |
| | | | | | | | | | |

Goss Graphic Systems, Inc.
Executory Contracts
Employee Agreements

| NAME | ADDRESS 1 | CITY | STATE | ZIP | COUNTRY | DESCRIPTION OF CONTRACT OR LEASE | CURE COST |
|---|---|---|---|---|---|---|---|
| Angelika Bruder | Adenauerstrasse 54 | Obertshausen | | D-63179 | Germany | Employment Agreement (German branch office) | 0 |
| Christian Wermuth | Theodor-Heuss-Ring 54 | Dietzenbach | | D-63128 | Germany | Employment Agreement (German branch office) | 0 |
| Fridolin Schumacher | Waldstrasse 11 | Geiselbach | | D-63826 | Germany | Employment Agreement (German branch office) | 0 |
| Heike Heck nee Vermoothlen | Spiessstrasse 92 | Offenbach am Main | | D-63071 | Germany | Employment Agreement (German branch office) | 0 |
| Horst-Willy Melfert | Kleine Rathausgasse 4 | Seligenstadt | | D-63500 | Germany | Employment Agreement (German branch office) | 0 |
| Irmen, William N | 5530 Shamrock Ct NE | Cedar Rapids | IA | 52411 | | Cedar Rapids Severance Agreement | 0 |
| Kinyon, Jana | 2045 Newcastle Road | Marion | IA | 52302 | | Cedar Rapids Severance Agreement | 0 |
| Kurt Sebastian | Schulstrasse 41 | Halfersheim | | D-65795 | Germany | Employment Agreement (German branch office) | 0 |
| McDowell, Virginia K | 102 Timberview Ct | Ely | IA | 52227 | | Cedar Rapids Severance Agreement | 0 |
| Petra Weiland | Querstrasse 8 | Rodgau | | D-63110 | Germany | Employment Agreement (German branch office) | 0 |
| Philip Zimmermann | Doernacher Strasse 11 | Pliezhausen | | D-72124 | Germany | Employment Agreement (German branch office) | 0 |
| Progressive Lodge No. 126 of the International Association of machinists and Aerospace Workers, AFL-CIO and [Field Service and Erectors] | 120 E. Ogden Avenue | Hinsdale | IL | 60521 | | Labor contract between Goss Graphic Systems, Inc. and the Progressive Lodge No. 126 of the International Association of Machinists and Aerospace Workers | 0 |
| Richardson, Pamela L | 6901 Bowman Lane NE | Cedar Rapids | IA | 52402 | | Cedar Rapids Severance Agreement | 0 |
| Runde, Randy J | 396 Pikik Drive | Mount Vernon | IA | 52314 | | Cedar Rapids Severance Agreement | 0 |
| Silvia Lerch | Vor der Beune 3 | Gruendau 4 | | D-63584 | Germany | Employment Agreement (German branch office) | 0 |

Goss Graphi   stems, Inc.
Executory ~ontracts
Miscellaneous

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | DESCRIPTION OF CONTRACT OR LEASE | CURE PAYMENT |
|---|---|---|---|---|---|---|---|---|
| Ahern Fire Protection | | | | | | | Fire Maintenance | 0.00 |
| AIS Graphic Services Inc. | 3250 Susquehanna Trail | | York | PA | 17405 | | Contract for rigging, electrical & plumbing installation at Tribune Publishing, Columbia MO | 0.00 |
| Al Warren Oil | 4946 S. Cicero Avenue | | Chicago | IL | 60638 | | Diesel Generator Fuel | 203.01 |
| American Blow Pipe | 3549-53 W. Cermak Road | | Chicago | IL | 60623 | | Contract for plumbing installation at New York Post | 0.00 |
| American Express Travel Related Services Company, Inc. | Attn: Corporate Card Unit - Travel Group Service Center | 20022 North 31st Avenue | Phoenix | AZ | 85027 | | Corporate Card Program | 0.00 |
| Anthony J. DeVito | d/b/a D&D Enterprises | 19251 Brookhurst Space 91 | | CA | 92646 | | Patent License Agreement | 0.00 |
| ~~Areto Editorial S/A (formerly known as WM-J Empreendimentos e Participacoes Ltda.)~~ | ~~c/o Walter Mattos Jr.~~ | ~~Rua Santa Maria 47~~ | | ~~RJ~~ | ~~20211-210~~ | Brazil | ~~Sales Agreement dated February 18, 1997 and related settlement agreement and notes dated November 24, 1999~~ | 0.00 |
| BBL Leasing, Inc. | 382 Carol Ave. | | Bridgeville | PA | 15017 | | ID #0511 1995 Ford Taurus G, VIN #2l6350; ID; ID #0905 1988 Buick Century, VIN #434517; ID #0820 1998 Ford Taurus, VIN #10511; ID #0827 1998 Ford E-250 Ca, VIN #899465; ID #0828 1998 Ford E-250 Ca, VIN #899466; ID #0829 1998 Ford E-250 Ca, VIN #899464; ID #0831 1998 Ford E-250 Ca, VIN #899640; ID #0902 1999 Ford Cargo Va, VIN #A3493; ID #2003 2001 Chevrolet Silv, VIN #279811; ID #2004 2001 Chevrolet Silv, VIN #280737; ID #2005 2001 Chevrolet Silv, VIN #281854; ID #2006 2001 Chevrolet Silv, VIN #280147; ID #2007 2001 Chevrolet Silv, VIN #281427; ID #2008 2001 Chevrolet Silv, VIN #279475 | 0.00 |
| Bowlaw Pty Ltd | Level 11 | 350 Collins Street | Melbourne | Victoria | | Australia | Guarantee for Goss Graphic Systems Australasia Pty Ltd. Lease | 0.00 |
| Cruise Boiler and Repair | 824 N. Addison Avenue | | Elmhurst | IL | 60126 | | Boiler Repairs | 6,895.00 |
| Danse | 3696 Burwood Drive | | Waukegan | IL | 60085 | | Continuing storage payment on Goss owned exhibit properties | 0.00 |
| EADS Matra Datavision | University of Warwick Science Park | St. William Lyons Road | | | CV4 7EZ | UK | CCD and EMROS application support | 9,001.00 |
| Erickson's Inc. | 2217 Lake Ave | | N. Muskeegan | MI | 49445 | | Installation Contract -- Muskeegan | 0.00 |
| George R. Hall Contracting | 33530 Pin Oak Parkway | | Avon Lake | OH | 44012 | | Contract for rigging installation at New York Post | 0.00 |
| Gibson Electric | 2100 S. York Road | | Oak Brook | IL | 60523 | | Electrical Maintenance | 235.50 |
| Goss Graphic Systems, Japan Corp. | Mitsuya Toranomon Building, 22-014 Toranomon 1-Chome | Minato-Ku | Tokyo | | 105-0001 | Japan | License and Technical Assistance Agreement | 0.00 |
| Goss Systems Graphiques Nantes | 20 Rue de Koufra | BP 61626 | Nantes Cedex 3 | | 44316 | 05 France | Technical and Administrative Services Agreement | 0.00 |
| HOH Chemicals | 500 S. Vermont | | Palatine | IL | 60067 | | Cooling Tower Treatment | 4,291.00 |
| Honeywell Measurex | 2700 Vernon Drive | Suite 100 | Green Bay | WI | 54304 | | Press Controls for New York Post PO 269281 | Undetermined |
| Honeywell Measurex | 2700 Vernon Drive | Suite 100 | Green Bay | WI | 54304 | | Press Controls for Harrisburg Patriot News | Undetermined |
| Ikegai Goss Co. Ltd. | Mitsuya Toranomon Building, 22-014 Toranomon 1-Chome | Minato-Ku | Tokyo | | 105-0001 | Japan | License and Technical Assistance Agreement | 0.00 |

Page 10

Goss Graphi    stems, Inc.
Executory  ..ntracts
Miscellaneous

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | DESCRIPTION OF CONTRACT OR LEASE | CURE PAYMENT |
|---|---|---|---|---|---|---|---|---|
| International Business-Government Counselors, Inc. | 818 Connecticut Avenue N.W. | 12th Floor | Washington | D.C. | 20006-2702 | | Export information and Licensing Service Agreement [source of all export compliance] | 650.00 |
| Internet Presence Consulting, Inc. | 404 West 75th Street | | Downers Grove | IL | 60515 | | Internet consulting | 0.00 |
| Johnson Controls | 3007 Malmo Drive | | Arlington Heights | IL | 60005 | | HVAC systems | 5,366.43 |
| Kenwood Records Management | 4001 44th Ave. SW | P.O. Box 1526 | Cedar Rapids | IA | 52404 | | Records Storage Service | 0.00 |
| KK Image Tech | 594 W. Potter Road | | Wood Dale | IL | 60191 | | Service Printfold Folder | 0.00 |
| Littleton Industrial Consultants, Inc. | 11901 Boncliff Drive | | Alden | NY | 14004 | | Settlement/License Agreement | 0.00 |
| MGD Graphic Systems, Inc. and MGD Graphic Systems, Ltd. | Gotch House, 30, St. | Bride Street | London | | E.C.4 | England | Agreement for Technical Assistance | |
| National Car Rental System | Att. Cathy Barthol | 2340 South Arlington Heights Road | Arlington Heights | IL | 60005-4510 | | Car Rental Corporate Service Agreement | 0.00 |
| National Car Rental System | 7700 France Avenue South | | Minneapolis | MN | 55435 | | Car Rental Corporate Service Agreement | 0.00 |
| Neopost | 2100 W. Golf Road | | Rolling Meadows | IL | 60008 | | Postage meter rental | 0.00 |
| Neopost | P.O. Box 13206 | | Newark | NJ | 7101 | | Postage machine and meter rental | 0.00 |
| Oce-USA Inc. | 5450 N. Cumberland | | Chicago | IL | 60656 | | Maintenance agreement for 9837 Plotter | 4,123.98 |
| Patten Industries | 635 W. Lake Street | | Elmhurst | IL | 60126 | | Generator Maintenance | 4,129.84 |
| Quality Software Systems | 200 Centennial Avenue | | Piscataway | NJ | 8854 | | Monthly telephone support for Warehouse Mgmt. System | 0.00 |
| Riverside Plumbing | 3 1 Longcommon Road | | Riverside | IL | 60546 | | Plumbing Services | 0.00 |
| Safety Kleen Corp. | 1000 North Randall Road | | Elgin | IL | 60123 | | Rental and service agreement for one parts washer | 1,804.40 |
| Safety Kleen Corp. | Environ Systems Group | 385 Airport Drive | Elgin | IL | 60123 | | waste stream disposal | 0.00 |
| Safety Kleen Corp. | Box 12349 | | Columbia | SC | 29211 | | Hazards ACCT 5-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 | 0.00 |
| Sekae Tsushin Kogyo Co. Ltd. | 322 Ichinoitsugo, Nakahara-Ku | | Kanagawa | Japan | 211-0016 | | Agreement to purchase ink modules | 21,000.00 |
| Schopf & Weiss | 312 W. Randolph Street | | Chicago | IL | 60606 | | Contingent attorney fee agreement | 43,276.14 |
| Shanghai Electric Group Printing & Packaging Machinery Co. Ltd. (formerly Shanghai Printing and Packaging) | 7th Floor, | No. 546 Rui Jin Road, | | | 200032 | Peoples Republic of China | Joint Venture Agreement | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - C/R65283-18/76715-1 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - C/R76716-1 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - C/R76716-18/76719-1 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - C/R65283-3 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |

Goss Graphi    stems, Inc.
Executory Contracts
Miscellaneous

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | DESCRIPTION OF CONTRACT OR LEASE | CURE PAYMENT |
|---|---|---|---|---|---|---|---|---|
| Shanghai Goss Graphic Systems Co. Ltd. - C/R74350&74875 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - C/R76715 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - C/R76716-1 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - C/R76716-1 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - C/R76716-1 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - C/R76716-1 & 65283-3 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - C/R76716-1, 76719-4, 76719-5, 76734-1, 65283-3 & 76258 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - C/R76716-3 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - C/R76717-2 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - C/R76734-1 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - C/R76734-1&76716-1-7 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - C/R77546 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - C/R77546 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - C/R79753 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |

Goss Graphi_ _stems, Inc.
Executory ~ontracts
Miscellaneous

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | DESCRIPTION OF CONTRACT OR LEASE | CURE PAYMENT |
|------|-----------|-----------|------|-------|-----|---------|----------------------------------|--------------|
| Shanghai Goss Graphic Systems Co. Ltd. - CR79753 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - CR81416, 76719-9, 76737-5, 76719-4 & 81766 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - GGA00481 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - GGA00533 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - GGA00547 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - GGA00581 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - GGA0571 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - GGA0572 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - GGS-W60364 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. CR74350 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. CR74350 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. CR75887 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - CR76715/7-1 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - CR76716-1 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |

Goss Graphic Systems, Inc.
Executory Contracts
Miscellaneous

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | DESCRIPTION OF CONTRACT OR LEASE | CURE PAYMENT |
|---|---|---|---|---|---|---|---|---|
| Shanghai Goss Graphic Systems Co. Ltd. - CRR75103 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Shanghai Goss Graphic Systems Co. Ltd. - CRR77546 | 286 Yunling Road East | | | | 200062 | Peoples Republic of China | Purchase Order for parts and/or machinery | 0.00 |
| Siemens Cerberus Systems | 8340 S. Madison St. | Suite 100 | Burr Ridge | IL | 60521 | | Fire Panel Maintenance | 0.00 |
| Strategis Asset Valuation & Management | 1391 Basswood Drive | P.O. Box 59365 | Schaumburg | IL | 60159-0365 | | Property Tax rebate | 0.00 |
| Tejas Electrical Services | 600 Kenrick Suite | D3 | Houston | TX | 77060 | | Contract electrical installation Muskeegan MI | 0.00 |
| TUSC | 377 E. Butterfield Road | Suite 100 | Lombard | IL | 60148 | | Remote DBA monitoring and services for the Oracle data bases | 7,000.00 |
| United Airlines | ATTN: Vice President-North America | WHQUS | Chicago | IL | 60666 | | Corporate Volume Agreement | 0.00 |
| Utility Resources Corporation | 1230 Grandview | | Overland Park | KS | 66212 | | Sales and Use Tax Agreement - Utility rebate | 0.00 |
| Various | Various | | | | | | Vendor, customer and employee confidentiality and NON-disclosure agreements | 0.00 |
| Wackenhut Corp | 2777 Finley Road | Suite 17 | Downers Grove | Il | 60515 | | Wackenhut 3453-10-096 Guard Services | 40,337.47 |
| Waor Canada Ltd. | 99 Scarfield Road | | Winnipeg | Manitoba | R34 1G4 | Canada | Agency Agreement | 0.00 |
| XEROX Corp. | 350 S. Northwest Hwy. | P.O. Box 8127 | Park Ridge | IL | 60068 | | Maintenance agreement for 8830, 8845 Plotters, PC522 Lease | 31,103.71 |
| York International | 1326 Wolf Road | | Wheeling | IL | 60090 | | Chiller Maintenance | 3,814.76 |
| Duke-Weeks Realty Limited Partnership | 4225 Naperville Road | Suite 150 | Lisle | IL | 60532 | | Lease between Goss Graphic Systems, Inc. and Duke -Weeks Realty Limited Partnership for space located at 600 Oakmont Lane, Westmont, IL | 0.00 |
| Editorial Comercial SA de CV | c/o Bill O'Conner | Sachnuff & Weaver | Chicago | IL | 60606 | | Promissory Note dated September 4, 1997, Pledge and Sale and Purchase Agreement dated May 7, 1997, Settlement Agreement dated June 25, 2001 | 0.00 |
| Ferrostaal AG c/o MAN Roland | 800 E. Oak Hill | | Westmont | IL | 60559 | | Asset Purchase and Sale Agreement dated as of September 7, 1988 between and among Rockwell Graphic Systems, Inc. and Rockwell International of Canada Ltd. And Ferrostaal AG and Man Roland Druchmachinen AG | 0.00 |
| M.D. Datran, Ltd. | 9130 South Dadeland Boulevard | | Miami | FL | 33156 | | Office lease between M.D. Datran Ltd. and Goss Graphic Systems, Inc., Suite 1200 Two Datran Center, 9130 South Dadeland Boulevard, Miami, FL 33156 | 55,585.20 |
| Man Roland Druchmachinen AG | 800 E. Oak Hill | | Westmont | IL | 60559 | | Asset Purchase and Sale Agreement dated as of September 7, 1988 between and among Rockwell Graphic Systems, Inc. and Rockwell International of Canada Ltd. And Ferrostaal AG and Man Roland Druchmachinen AG | 0.00 |
| The JBC Acquisition & Development Fund I, L.P. | c/o the John Buck Company | 233 South Wacker Drive | Chicago | IL | 60606 | | Single tenant lease between The JBC Acquisition & Development Fund I, L.P. and Goss Graphic Systems, Inc, located at 700 Oakmont Lane, Westmont, IL. 60559 | 73,465.05 |
| XEROX Corp. | 3000 Des Plaines Avenue | | Des Plaines | IL | 60018 | | Service on XEROX machines (Rockwell contract) | 0.00 |

Goss Graphic Systems, Inc.
Executory Contracts
**Miscellaneous**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | DESCRIPTION OF CONTRACT OR LEASE | CURE PAYMENT |
|------|-----------|-----------|------|-------|-----|---------|----------------------------------|--------------|
| | | | | | | | | |
| | | | | | | | TOTAL CURE COSTS: | 312,382.49 |

Goss Graphic Systems, Inc.
Executory Contracts
Miscellaneous (Cont)

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | DESCRIPTION OF CONTRACT OR LEASE | CURE PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| ACE/INMAR | | | | | | | | | 0 |
| | C/O Marsh USA | Attn: B. McClitoch | 1166 Ave of Americas | New York | NY | 10036 | USA | Marine 493958 | 0 |
| ADP | 100 Northwest Point Blvd. | | | Elk Grove Village | IL | 60007 | USA | ADP Payroll and Human Resources Services | 0 |
| AIG Life Insurance Company | One Alico Plaza | | | Wilmington | DE | 19801 | USA | Business Travel Accident Insurance - 80-0265748 | 0 |
| Allianz Insurance Company | 3400 Riverside Dr. | Suite 300 | | Burbank | CA | 91505 -4669 | USA | Property Insurance Policy: CLP No. 3001459 | 0 |
| American Guarantee | 580 Walnut St. | | | Cincinnati | OH | 45202 | USA | Excess Liability Insurance Policy: AEC 2151869-04 | 0 |
| Ceridian Benefits Services | Attn: Teresa Gonzales Account Executive | 17390 Brookhurst St. | | Fountain Valley | CA | 92708 | USA | Provide COBRA/HIPAA compliance services for all Goss locations. | 0 |
| CIGNA | Attn: Janine Goulet Sr. Account Manager | 900 Cottage Grove Rd. | C312 | Hartford | CT | 06152 -1312 | USA | Provide healthcare and dependents care reimbursement accounts administrative services for all Goss locations. | 0 |
| CIGNA Behavioral Health | Attn: LeAnn Botzet Account Manager | 11095 Viking Dr. | Suite 350 | Eden Prairie | MN | 55344 | USA | Employee Assistance Program services for all Goss locations. | 0 |
| CIGNA Healthcare of Illinois | Attn: Tim Cullen Sr. Client Manager | 525 W. Monroe | Suite 1800 | Chicago | IL | 60661 | USA | Provide Third Party Administrator Services for medical plan for Westmont and Cedar Rapids locations.  Reinsurance for Goss self-funded medical plans. | 0 |
| Commercial Premium Finance Agreement | 110 William Street. | | 29th Floor | New York | NY | 10038 | USA | Commercial Premium Finance Agreement | 0 |
| Continental Casualty | C/O Marsh USA | Attn: B. McClitoch | 1166 Ave of Americas | New York | NY | 10036 | USA | Boiler & Machinery: BM104495 | 0 |
| Delta Dental of Illinois | Attn: Carol Parlin Account Executive | 801 Ogden Ave. | | Lisle | IL | 60532 | USA | TPA Services to all Goss dental plans | 0 |
| Essex Insurance Company | Crump of New Jersey, Inc. | 485 Route 1 South | Plaza E. Suite 290 | Iselin | NJ | 08830 | USA | General Liability: 02GLP1005833, XOIG159702 | 0 |
| Essex Insurance Company | Crump of New Jersey, Inc. | 485 Route 1 South | Plaza E, Suite 290 | Iselin | NJ | 08830 | USA | Products: 02GLP1005833, XOIG159702 | 0 |
| Federal Insurance | 1400 American Lane | | | Schaumburg | IL | 60196 | USA | Excess Liability Insurance Policy: 7980-11-21 | 0 |
| Federal Insurance | 1400 American Lane | | | Schaumburg | IL | 60196 | USA | Fiduciary: 8134 46 72 B | 0 |
| Federal Insurance | 1400 American Lane | | | Schaumburg | IL | 60196 | USA | Commercial Crime: 8135 46 72 B | 0 |
| Federal Insurance | 1400 American Lane | | | Schaumburg | IL | 60196 | USA | Kidnap & Ransom:  8136 46 72 B | 0 |
| Great American Insurance Company | 717 Fifth Ave. | | | New York | NY | 10022 -8101 | USA | Excess Liability Insurance Policy: TUE3-56-75-69-03 | 0 |
| Gulf Insurance Company | D&O Underwriting Dept. | 388 Greenwich St. | 21st Floor | New York | NY | 10013 | USA | Directors and Officers Liability Insurance Policy: GA0899501 | 0 |
| Gulf Insurance Company | D&O Underwriting Dept. | 388 Greenwich St. | 21st Floor | New York | NY | 10013 | USA | Umbrella Liability: GU2855118 | 0 |
| Hartford Insurance Company | Twin City Fire Insurance Company | Hartford Plaza | | Hartford | CT | 06115 | USA | Directors and Officers Liability Insurance Policy: NDA0132632-00 | 0 |
| Hartford Insurance Company | 77 Water St. | | | New York | NY | 10005 | USA | Directors and Officers Liability Insurance Policy: NDA0132632-00 | 0 |
| HMO Illinois | Attn: Kathleen N. Francis Account Executive | 1515 W. 22nd St. | Suite 300 | Oak Brook | IL | 60523 | USA | HMO contract for Westmont salaried employees | 0 |
| Keystone Health Plan Central East | Attn: David Abert Account Representative | Lehigh Valley Office | 7660 Imperial Way Suite B200 | Allentown | PA | 18195 | USA | HMO contract for employees | 0 |
| Lloyd's, London | 1 Lime St. | | | London | | EC3M 7HA | England | Excess Japan Earthquake & Flood Insurance Policy: PL056901 | 0 |

Goss Graphic Systems, Inc.
Executory Contracts
Miscellaneous (Cont)

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | DESCRIPTION OF CONTRACT OR LEASE | CURE PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| Merrill Lynch | Attn: Mark Shapiro Client Relationship Manager | 1400 Merrill Lynch Dr. | | Pennington | NJ | 08534 | USA | Trustee and recordkeeper services for: (1) Retirement Savings Plan; (2) Field Service Hourly Employee Savings Plan; (3) Cedar Rapids Hourly Employee Savings Plan. | 0 |
| MetLife | Attn: Heather Seidelman Account Manager | 10 S. LaSalle St. | Suite 3350 | Chicago | IL | 60603 | USA | Provide life insurance and long-term disability insurance | 0 |
| The Loomis Company | Attn: Dale Keenar | 850 Park Rd. | | Wyomissing | PA | 19610 -6011 | USA | TPA for Reading, PA retiree medical plan | 0 |
| Travelers Indemnity Company | One Tower Square - 4CP | | | Hartford | CT | 06183 | USA | Workers Compensation Insurance Policies:TC2J-UB-266TO53-3-1; TR-JUB-266TO50-8-01 Auto Liability & Auto Physical Damage Insurance Policy:TE-CAP-266TO582-TIL-01; TE-CAP-266TO594-TCT-01 | 0 |
| Vision Service Plan | Attn: Chad Jashelski Account Executive | 222 S. Riverside Plaza | Suite 2210 | Chicago | IL | 60606 | USA | Provide vision care plan to Cedar Rapids Hourly employees | 0 |

Goss Graphic Systems, Inc.
Executory Contracts
Software Technology Agreements

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | DESCRIPTION OF CONTRACT OR LEASE | CURE PAYMENT |
|---|---|---|---|---|---|---|---|---|
| Acxiom | 1501 Opus Place | | Downers Grove | IL | 60515 | USA | Computer Usage Mainframe Data Processing Services | 41,636.00 |
| ADP, Inc. | 100 Northwest Point Blvd. | | Elk Grove Village | IL | 60007 | USA | License for CCS Horizon HR (Payroll Application) and annual maintenance support for 15 concurrent licenses of Oracle Corp V7 Production & 2 licenses Oracle Corp V7 Development provided by ADP for use with Horizon | 0.00 |
| AIS Network | 1171 Tower Rd. | | Schaumburg | IL | | USA | AIS Network IPASS Service account name: gossi | 150.88 |
| Allegria Software, Inc. | 21076 Bake Parkway | Suite 100 | Lake Forest | CA | 92630 | USA | For Review WEB Plug-in Software and Maintenance | 0.00 |
| Allen-Bradley Headquarters | 1201 S. Second St. | | Milwaukee | WI | 53204 | USA | INTERCHANGE V6.0 CONCEPTS MANAGER, INTERCHANGE V6.0.0 - V6.0.5PLC-5 PROG DEV & DOC SW 4.3 AB 9303-23S0E10 DRIVE MANAGER V2.02 AB 9303-23S0F20 DRIVE MONITOR V2.02 DRIVE MANAGER V1.01 1-USER DRIVE MANAGER V2.02, DRIVE MANAGER32 1-USR DRIVE MONITOR 7-24 USR DRIVE TOOLS V2.02 LOGIC 5 OFFLINE V2.07.05 RSLOGIX500 REL 2.10.12 RSLINX LITE -AB V1.70.62 (2 each) RSLINX OEM -AB V1.01.08 RSLINX OEM V1.70.62 RSLINX OEM-AB V1.50 5S RSLINX OEM-AB V2.00.97, RSLINXV1.70.62 (9355MB) RSLOGIX 5 V1.00.01 (2 each) RSLOGIX 5 V1.00.09 RSLOGIX 500 V2.00.57  (2 each) RSLOGIX5 STD 3.21.00 RSLINX OEM V1.0.3 RSLINX SDK V1.0.3 WINTELLIGENT LINX LITE V5.20    (2 each) A/B DRIVE MONITOR V1.01.7-24 | 0.00 |
| ASAP Software | 850 Ashbury Dr. | | Buffalo Grove | IL | 60080 | USA | Novell VLA Intranetware  3.0 Quantity 1275, NT 4.0=7, NT/Cals=650, Exchange 5.5=5, Exchange 5.5 Clts = 650 | 0.00 |
| Business Objects Americas | 2870 Zanker Rd | | San Jose | CA | 95134 | USA | License Renewal & Tech Support ID# 75159 for RMT DOC, Agent Server v4; RMT ISRUN v4 Win Osa & RMT REP EX v4, Win Osa | 0.00 |
| Business One/Network Assoc. | P.O. Box 804323 | | Chicago | IL | 60680-4101 | USA | McAfee Business Agreement for Total Virus Defense 500 Licenses | 0.00 |
| Compaq Computer Corporation | 1124 Tower Road | | Schaumburg | IL | 60173 | USA | Vax System maintenance (FMS) | 0.00 |
| Datalink Corporation | 7423 Washington Ave., S | | Minneapolis | MN | 54439 | USA | Software | 543.80 |
| Digital Equipment Corp. (Compaq) | 1124 Tower Rd. | | Schaumburg | IL | 60173-9706 | USA | Digital Service Agreement No. 810411210 , Digital Service Agreement No. 8T0272170 , Digital Service Agreement No. 960378220 | 21,336.32 |

Page 18

Goss Graphi    tems, Inc.
Executory \_ ntracts
Software Technology Agreements

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | DESCRIPTION OF CONTRACT OR LEASE | CURE PAYMENT |
|---|---|---|---|---|---|---|---|---|
| Echelon Corporation | 401 Miranda Ave. | | Palo Alto | CA | 94304 | USA | Echelon Lonmanager Netprofiler REL, Echelon Lonbuilder Dev Workbench, Echelon Lonbuilder Neuron C Compil, Echelon Lonbuilder Rel. 2.1, Echelon Lonbuilder V3.0, Echelon Lonmanager Profiler Users, Echelon Netmaker Lonmanager Rel 1.0 | 808.65 |
| FDC Corporation | 300 Bonnie Lane | | Elk Grove Village | IL | 60009 | USA | Maintenance Agreement for Labor & Parts for (7) JRL LP180 Laser Plotters | 8,971.08 |
| Iron Mountain | P.O. Box 34936 | Dept. 2022 | Seattle | WA | 98124-1936 | USA | Off-site storage of tape backups | 917.50 |
| Merant | 9420 Key West Ave. | | Rockville | MD | 20850 | USA | 10 ea. Supportnet for PVCS Version Mgr. - S/N 78681211, WinWinNT, Win95 2/18/ INTERSOLV PVCS VERSION MANAGER V 6.5 - 10 USERS | 0.00 |
| Metra Corporation | 2205A Fortune Dr. | | San Jose | CA | 95131-1806 | USA | METRAVISION INSTALL SOFTWARE | 0.00 |
| Microsoft | P.O. Box 84808 | | Seattle | WA | 98124-6108 | USA | Microsoft Office Professional for Windows v97 Open License, Agreement (192 copies) Project 98 (60 copies); 2000 Premier. (1 copy); Windows NT Server (4); Windows NT Workstation, (227 copies) | 0.00 |
| Microsoft Corporation | Tech. Support Sales | P.O. Box 844510 | Dallas | TX | 74284-4510 | USA | 3 ea. Microsoft Comprehensive Support (Account 87342/A. Smith) 10 incidents each, includes l Yr. MSDN Library subscription each; and 1 MS TechNet Server License per account. Professional Support for Microsoft Server 4.0, 5 Phone incident package | 0.00 |
| Microsoft Developers Network | P.O. Box 5549 | | Pleasanton | CA | 94566-1549 | USA | MSDN Universal Subscription P051787/Customer 783019-VanWierren, MSDN Universal Subscription 940130 M4US-R-S1 - A. Smith | 0.00 |
| Mobius Management Systems | 120 Old Post Rd. | | Rye | NY | 10580 | USA | Maintenance for View Direct for MVS, Core, Packet Production, Unid. VTAM & CICS Server Sessions, Remote Job Output | 0.00 |
| Mutek Solutions, Inc. | 2700 Summer Blvd | Suite 160 | Raleigh | NC | 27616 | USA | Citrix RMS software, Customer Care Plan 50 | 0.00 |
| NCC Networks | 705 Tollgate Rd. | Suite A | Elgin | IL | 60123 | USA | Elsinore visual intercept 5 licenses | 0.00 |
| Network Associates, Inc. | 3965 Freedom Circle | | Santa Clara | CA | 94054 | USA | MCAFEE ANTIVIRUS 95/NT/NT 4.0 SERV PACK 3, MCAFEE VIRUS SCAN & NETSHIELD NT/W95, MCAFEE VIRU SSCAN NT V2.5 10-NODE, MCAFEE VIRUSSCAN NT V2.5 25-NODE, MCAFEE VIRUSSCAN NT V3.0.2, MCAFEE VIRUSSCAN V3.0 MULTI-PLATFORM, MCAFEE NETSHIELD SECURITY STE V3.0 10-NODE | 0.00 |
| Oracle | 500 Oracle Parkway | | Redwood Shores | CA | 94065 | USA | License and maintenance Contract, License and Maintenance Contract for RDBMS (15) | 9,416.14 |
| Parametric Technology Corp. | 128 Technology Dr. | | Waltham | MA | 02453 | USA | Maintenance Contract for ProMechanica Power Pack (3 licenses) and Advanced Designer Package II (1 license) | 0.00 |
| Powerware | P.O. Box 93810 | | Chicago | IL | 60673-3810 | USA | (formerly Worldwide Services Group) PWRCARE RESPOND PLUS 7Exide #3600 MKII Serial #F11590/1E Contract #129530-3 | 2,198.76 |
| Quality Software Systems, Inc. | 200 Centennial Ave. | Suite 110 | Piscataway | NJ | 08854 | USA | Recital Database software maintenance, The Warehouse Manager software | 0.00 |
| RECALL | 800 E. State Parkway | | Schaumburg | IL | 60173 | USA | Offsite Media Storage - Agreement/P.O. 3278-09-92 / Account 3054 | 1,073.30 |
| Red Sky Technologies Inc. | 18877 W. Ten Mile Rd. | Suite 210 | Southfield | MI | 48075 | USA | E911 | 0.00 |
| Revere Electric Supply | 2526 Lively Blvd. | | Elk Grove Village | IL | 60007 | USA | RSLinx OEM for Allen-Bradley Programmable Controllers Software 9355WABOEMEND S/N 1005001847 Support | 0.00 |

Goss Graphic Systems, Inc.
Executory Contracts
Software Technology Agreements

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | DESCRIPTION OF CONTRACT OR LEASE | CURE PAYMENT |
|---|---|---|---|---|---|---|---|---|
| Rockwell Software | Avard St. | | Nashua | NH | 03060 | USA | National Instruments PCMCIA-2322 Card & V1.44, Rockwell RSLOGIX5000, 3 – Drive Manager is the communication software for the A/B 1395 Controllers, 11 – RSLogix500 is the development and communication software for the A/B SLC 500's, 15 – RSLogix5 is the development and communication software for the A/B PLC 5's | 0.00 |
| Sentinel Technologies, Inc. | 2550 Warrenville Rd. | | Downers Grove | IL | 60515 | USA | Maintenance Agreement for Hardware: PC's and Printers | 453.12 |
| Skytel Corp. | 1600 Golf Rd. | Suite 1100 | Rolling Meadows | IL | 60008 | USA | Pagers | 7,222.15 |
| Sprint Business Credit | 6180 Sprint Parkway | Bldg. B | Overland Park | KS | 66251-1666 | USA | Telecommunications | 59,053.95 |
| Taxware International, Inc. | 27 Congress St. | | Salem | MA | 01970-5575 | USA | License Plan: PL601102A | 0.00 |
| Veritas Software Corporation | 1600 Plymouth St. | | Mountain View | CA | 94043 | USA | Veritas Backup Exec 8.5 Remote Agent (3), Veritas Backup Exec AG for IDR Additional Remote, Veritas Backup Exec Open File Option (3), Veritas Backup Exec for Netware (11 licenses) & NT (4), Technical Services (maintenance) Cxx-Premier Sprt 2 User, Backup Exec, Premier Support, 2 User for backup Exec PS2000-Lite-SBE | 0.00 |
| Workstation Group | 1900 N. Roselle Rd | Suite 408 | Schaumburg | IL | 60195 | USA | RX-SQL & UNI-SPF (100 users license) | 0.00 |
| | | | | | | | Total Cure Cost | 153,781.65 |

Goss Graphic Systems, Inc.
Executory Contracts
German Office

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | DESCRIPTION OF CONTRACT OR LEASE | Cure Payment |
|---|---|---|---|---|---|---|---|---|
| DeteMobil | Deutsche Telekom MobilNet GmbH | Postfach 300444 | Bonn | | D-53184 | Germany | Contract for the use of the mobile phone | 0 |
| GEFA-Leasing GmbH | Robert-Daum-Platz 1 | | Wuppertal | | D-62117 | Germany | Lease Agreement for company car Saab 9000 CSE | 0 |
| Goss Systemes Graphiques Nantes, S.A. | 20 Rue de Koulfra | | Nantes | | F-44300 | France | Sales, marketing, distribution, field service and parts service representation intercompany agreement | 0 |
| Konica Business Machines | Frankeudrasse 7 | | Hamburg | | D-20097 | Germany | Maintenance agreement for photocopier | 0 |
| Nacamar Data Communications GmbH | Robert-Bosch-Str. 32 | | Dreieich | | D-63303 | Germany | Provider's agreement (or internet-ISDN-router-dial-up | 0 |
| Rudolf und Helmut Juetg | Auf des Au 13 | | Wellmuenster | | D-36789 | Germany | Rental agreement for office and warehouse building at Ottostr. 25, D-63150 Hausenstamm, Germany | 0 |
| Tiscali Business GmbH | Robert-Bosch-Str. 32 | | Dreieich | | D-63303 | Germany | Provider's agreement for internet-ISDN-router-dial-up | 0 |
| Volkswagen Leasing GmbH | Gifhornerstr. 57 | | Braunschweig | | D-38112 | Germany | Lease agreement for company car VW Passat Variant (pool care for service dept.) | 0 |
| Volvo Auto Leasing Deutschland GmbH | Ringstrasse 38-44 | | Koeln | | D-50896 | Germany | Lease Agreement for company car Volvo S80 | 0 |

Page 21