E O D JUL 0 1 2002

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | 01 B 31751 |
| GGSI LIQUIDATION INC., et al | ) | Case No. 01 B 31747 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | The Honorable Carol A. Doyle |

## AMENDED
## NOTICE OF MOTION

TO:   **See Attached Service List**

PLEASE TAKE NOTICE that on Wednesday, July 24, 2002 (previously scheduled for July 22, 2002), at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Carol A. Doyle, in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, or before any other judge who may be sitting in his place and stead, and shall then and there present the **Final Application of Schwartz, Cooper, Greenberger & Krauss For Compensation And Reimbursement Of Expenses And Request For Payment Of Administrative Claim Pursuant To 11 U.S.C. §§ 330(a), 348(d) and 503(b)(2)**, a copy of which is attached hereto and hereby served upon you, at which time and place you may appear if you see fit.

MALCOLM M. GAYNOR (#0927422)
RICHARD M. BENDIX, JR. (#0168130)
SCHWARTZ COOPER GREENBERGER
& KRAUSS, CHARTERED
180 North LaSalle Street
Suite 2700
Chicago, Illinois 60601
(312) 346-1300

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 2 8 2002

KENNETH S. GARDNER, CLERK
PS REP: SW

2134.1 049445-12670

## AFFIDAVIT OF SERVICE

I, Judith A. Rozhon, a non-attorney, hereby state under oath that I caused to be served rue and correct copies of the foregoing Amended Notice of Motion and the document referred to therein upon all parties on the attached service list by facsimile, Illinois, this 28th day of June, 2002.

Judith A. Rozhon

Subscribed and sworn to before me
this 28th day of June, 2002.

"OFFICIAL SEAL"
TABITHA L. MITCHELL-KOCZOT
COMMISSION EXPIRES 12/30/06

Notary Public

2134.1 049445-12670

- 2 -

SERVICE LIST
FOR FEE APPLICATIONS

Mary Ann Spiegel, Esq.
Goss Graphic Systems, Inc.
700 Oakmont Lane
Westmont, Illinois 60559-5546

David S. Kurtz, Esq.
Mark A. McDermott, Esq.
Skadden, Arps, Slate, Meagher & Flom (Ill.)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Suzzanne Uhland, Esq.
O'Melveny & Myers LLP
610 Newport Center Drive, 17th Floor
Newport Beach  CA  92660-6429

Mr. James Thompson
LaSalle Bank National Association
135 South LaSalle St., Room 2140
Chicago, IL 60603

Kathryn Gleason, Esq.
Office of the United States Trustee
227 West Monroe Street
Suite 3350
Chicago, Illinois 60606

Joel L. Miller, Esq.
Kaye Scholer LLP
311 South Wacker Drive
62nd Floor
Chicago, Illinois 60606

Gus Paloian, Esq.
Seyfarth, Shaw
55 East Monroe Street
42nd Floor
Chicago, Illinois  60603

17639.1 049445-12672                         - 1 -

### Ad Hoc Broadcast Report

Name: Schwartz, Cooper, et. al.　　　ID: 13123463742　　　06/28/02 10:21　　　Page

| Job | Phone Number | Start time | Pages | Mode | Status |
|---|---|---|---|---|---|
| 334 | 4070411 | 6/28 10:08 | 4/ 4 | BC | Completed |
| 334 | 5832360 | 6/28 10:10 | 4/ 4 | BC | Completed |
| 334 | 19498236994 | 6/28 10:12 | 4/ 4 | BC | Completed |
| 334 | 8865794 | 6/28 10:13 | 4/ 4 | BC | Completed |
| 334 | 16308506647 | 6/28 10:15 | 4/ 4 | BC | Completed |
| 334 | 9048169 | 6/28 10:17 | 4/ 4 | BC | Completed |
| 334 | 2698869 | 6/28 10:19 | 4/ 4 | BC | Completed |

Explanation of items in the Mode column:

EC=Error correction　　　SA=Subaddress　　　MP=Multi-poll
96=9600 BPS　　　PW=Password　　　BC=Broadcast
48=4800 BPS



SCHWARTZ COOPER
GREENBERGER KRAUSS

LAW OFFICES
SCHWARTZ, COOPER, GREENBERGER & KRAUSS
SUITE 2700
180 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601
(312) 346-1300
FACSIMILE (312) 782-8416

### FACSIMILE TRANSMISSION

| DATE: | June 28, 2002 | CLIENT-MATTER NO: | 049445-12670 |
|---|---|---|---|
| TO: | | FAX NO.: | PHONE NO.: |
| Mark McDermott | | 312-407-0411 | |
| Joel L. Miller | | 312-583-2360 | |
| Kathryn Gleason | | 312-886-5794 | |
| Suzzanne Uhland | | 949-823-6994 | |
| Mary Ann Spiegel | | 630-850-6647 | |
| James Thompson | | 312-904-8169 | |
| Gus Paloian | | 312-269-8869 | |

FROM:　Richard M. Bendix, Jr.　　PHONE:　(312) 845-5443

RE:　GCSI Liquidation Inc., et al

NUMBER OF PAGES WITH COVER PAGE: 4　　Originals Will Not Follow

Please call 312-845-3047 if you experience trouble with this transmission and ask for Judy Roxhon.

MESSAGE:

THIS COMMUNICATION IS FOR THE EXCLUSIVE AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT, AND ANY OTHER DISTRIBUTION OR USE IS UNAUTHORIZED AND STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.

133317.1 049445-12670