EOD JUL 25 200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 01 31751 |
| ) | Case No. 01-31747 |
| GGSI LIQUIDATION INC., ET AL, ) | (Jointly Administered) |
| ) | Honorable Carol A. Doyle |
| Debtors. ) | |
| ) | |

**FINAL APPLICATION OF SCHWARTZ, COOPER, GREENBERGER & KRAUSS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §§ 330 (a), 348(d) AND 503(b)(2)**

Schwartz, Cooper, Greenberger & Krauss, Chartered ("SCGK"), attorneys for the Official Committee of Unsecured Creditors of Goss Graphic Systems, Inc. (the "Committee") prior to the conversion of this case from Chapter 11 to Chapter 7, pursuant to §§ 330 and 331 of the United States Bankruptcy Code (the "Code"), hereby requests entry of an order allowing (1) (a) $4,876.50 in final compensation for SCGK's legal services, and (b) $3,662.53 as reimbursement for costs and expenses, incurred by SCGK in connection with this case from February 1, 2002, through and including June 19, 2002 and (2) payment to SCGK of a Chapter 11 administrative claim consisting of (a) $4,876.50 in accrued and unpaid pre-conversion fees for SCGK's legal services to the Committee, and (b) $ 3,662.53 as reimbursement for costs and expenses, incurred by SCGK in connection with this case from February 1, 2002, through and including June 19, 2002. In support of this request, SCGK states as follows:

1. On September 10, 2001 (the "Petition Date"), Goss Graphics Systems, Inc. (the "Debtor") filed with this Court its voluntary petition for relief under Chapter 11 of the Code. On September 20, 2001 (the "Committee Formation Date"), pursuant to Section 1102 of the Code, the United States Trustee appointed the Committee.

FILED
UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF ILLINOIS
JUN 26 2002
KENNETH S. GARDNER, CLERK
PS REP. - AI

130350.1 049445-12672

2. On the Committee Formation Date, the Committee selected SCGK to serve as counsel to the Committee pursuant to section 1103(a) of the Code. On October 10, 2001, this Court entered an order (the "Employment Order") authorizing Malcolm M. Gaynor, Richard M. Bendix, Jr. and such other attorneys of SCGK as they deem necessary and appropriate, and the law firm of SCGK, to represent the Committee in connection with this case. The Employment Order was entered <u>nunc pro tunc</u> to the Committee Formation Date, September 20, 2001. On September 20, 2001, SCGK commenced rendering legal services to the Committee.

3. The Debtors have paid SCGK for SCGK's legal services and the Debtors have reimbursed SCGK for costs and expenses incurred by SCGK from September 20, 2001, through and including January 31, 2002.

4. On February 25, 2002, this Court entered an Order authorizing the Debtors to convert this case from Chapter 11 to Chapter 7 of the Code.

5. As of February 25, 2002, there was due and owing to SCGK $4,171.50 representing accrued and unpaid pre-conversion fees for SCGK's legal services to the Committee in the Chapter 11 case, and $3,662.53 as reimbursement for costs and expenses incurred by SCGK in connection with its representation of the Committee during the Chapter 11 case. As of June 19, 2002, there was due and owing to SCGK $705.00 representing accrued and unpaid fees for SCGK's legal services in connection with the preparation of this Application and Request. A detailed itemization of the legal services rendered and costs and expenses incurred by SCGK is attached hereto as <u>Exhibit A</u>.

6. As the Committee's counsel, SCGK has performed a variety of legal services from February 1, 2002 through and including June 19, 2002, which have been subdivided into the following project summaries/categories:

-2-

| Description | Hours | Time Value |
|---|---|---|
| A. Retention/Fee Application | 7.40 | $1,110.00 |
| B. Plan of Reorganization | 3.00 | 750.00 |
| C. Sale of Assets | .70 | 220.50 |
| D. Claims | 1.20 | 295.50 |
| E. General Administration | 7.10 | 2,500.50 |
| **Totals** | **19.40** | **$4,876.50** |

7. The following attorneys rendered services to the Committee from time to time during the Chapter 11 case:

| Attorney Name | Hours Spent | Hourly Rate | Total |
|---|---|---|---|
| Malcolm M. Gaynor | 2.40 | $ 425.00 | $1,020.00 |
| Richard M. Bendix | 6.10 | $ 315.00 | 1,921.50 |
| Bret A. Rappaport | 3.00 | $ 250.00 | 750.00 |
| Joni M. Green | 7.90 | $ 150.00 | 1,185.00 |
| **Totals** | **19.40** | N/A | **$4,876.50** |

The above-referenced hourly rates for legal services are identical to the rates generally charged by SCGK to its nonbankruptcy clients.

8. In addition to rendering $4,876.50 in legal services, SCGK incurred $3,662.53 in actual out-of-pocket costs and expenses. These expenses are divided into the following categories:

| Expense Category | Amount |
|---|---|
| Photocopying ($.10/page) | $    93.90 |
| Delivery Services – Chicago Messenger | 46.20 |
| Lexis Document Service | 1,263.39 |
| Telephone | 1,525.05 |
| Computerizes Legal Research    Westlaw | 723.07 |
| **Totals** | **$3,662.53** |

9. Section 348(d) of the Code provides as follows:

> A claim in the estate or the debtor that arises after the order for relief but before conversion in a case that is converted under section 1112, 1208, or 1307 of this title, *other than a claim specified in 503(b)* of this title, shall be treated for all purposes as if such claim had arisen immediately before the date of the filing of the petition.

- 3 -

130350.1 049445-12672

11 U.S.C. § 348(d) (emphasis added).

10. Section 503(b) of the Code provides in pertinent part that:

> After notice and a hearing, there shall be allowed administrative expenses, other than claims allowed under section 502(f) of this title, including (2) compensation and reimbursement awarded under section 330(a) of this title.

11 U.S.C. § 503(b).

11. Section 330(a) of the Code provides in pertinent part as follows:

> (1) After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, an examiner, a professional person employed under section 327 or 1103 (A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney . . . ; and (B) reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a).

12. Accordingly, pursuant to Sections 348(d), 503(b)(2) and 330(a) of the Code, SCGK is entitled to, and requests payment of, a Chapter 11 administrative claim in the total amount of $ 8,539.03 for legal services rendered and costs and expenses incurred by SCGK in connection with this case after the order for relief but before conversion of this Case.

13. Pursuant to the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered in the Debtors' Chapter 11 cases, notice of this Application has been provided to the United States Trustee for the Northern District of Illinois, the Debtors, counsel to the Debtors, counsel to the Debtors' postpetition lenders and the Chapter 7 trustee. SCGK submits that, given the nature of the relief requested herein and the exigencies of the circumstances, no other further notice need be given.

WHEREFORE, SCGK respectfully requests that the Court enter an Order (1) allowing, (a) $4,876.50 in final compensation for SCGK's legal services rendered to the Committee and (b) $3,662.53 as reimbursement for costs and expenses incurred by SCGK in connection with this case from February 1, 2002, through and including June 19, 2002, (2) allowing SCGK an administrative expense claim in the amount of (a) $4,876.50 representing accrued and unpaid pre-conversion fees for SCGK's legal services rendered to the Committee, and (b) $3,662.53 as reimbursement for costs and expenses incurred by SCGK in connection with this case from February 1, 2002, through and including June 19, 2002, (3) directing the Chapter 7 trustee to pay the foregoing administrative claim to SCGK at such time as funds are available for payment of Chapter 11 administrative expenses and (4) granting SCGK such other and further relief as the Court deems just and proper.

                                 **SCHWARTZ, COOPER, GREENBERGER & KRAUSS, CHARTERED**

                                 By: _____

Richard M. Bendix, Jr. (#0168130)
Joni M. Green (#6275035)
Schwartz, Cooper, Greenberger
  & Krauss, Chartered
180 N. LaSalle Street
Suite 2700
Chicago, Illinois 60601
(312) 346-1300

- 5 -



# SCHWARTZ COOPER GREENBERGER KRAUSS

180 N. LaSalle St., Suite 2700
Chicago, Illinois 60601
312.346.1300

April 26, 2002

Billed through 03/31/02

Bill number          049445-12670-033 RMB

Goss Graphics Creditors Committe
c/o LaSalle Bank National Assoc.
135 S. LaSalle Street, Room 2140
Chicago, IL  60603
Attn: Mr. James Thompson

Re: General Administration

| | | |
|---|---|---:|
| Balance forward as of bill number 031 dated 02/26/02 | $ | 15,481.02 |
| Payments received since last bill (last payment 02/28/02) | $ | 15,481.02 |
| Net balance forward | $ | .00 |

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---:|
| 02/12/02 | MMG | Telephone conference with creditor regarding status. | .20 hrs |
| 02/19/02 | RMB | Telephone call with unsecured creditor regarding status. | .30 hrs |
| 02/19/02 | RMB | Conference with M. Gaynor regarding strategy for remainder of case. | .20 hrs |
| 02/19/02 | MMG | Conference with R. Bendix regarding strategy. | .20 hrs |
| 02/20/02 | RMB | Court appearance before Judge Doyle regarding status hearing on case, Rockwell's motions to (a) lift stay and (b) file late claim and various other matters. | 1.00 hrs |
| 02/20/02 | RMB | Telephone call with M. Jones regarding Gaines motion to lift stay scheduled for hearing tomorrow. | .20 hrs |
| 02/22/02 | RMB | Conference with M. Gaynor to review debtors' motion to convert cases to Chapter 7, to discuss strategy regarding possible election of Chapter 7 trustee, and to review payments to creditors within 90 days of petition and telephone conference with G. Heyman and M. Gaynor regarding selection of Chapter 7 trustee. | 2.00 hrs |
| 02/22/02 | MMG | Conference with R. Bendix regarding converting cases to Chapter 7, discussion of election of Chapter 7 trustee, reviewed payments to creditors and conference call with R. Bendix and G. Heyman regarding Chapter 7 trustee. | 2.00 hrs |
| 02/25/02 | RMB | Court appearance before Judge Doyle regarding Debtors' motion to convert. | 1.00 hrs |

Total fees for this matter                                  $    2,500.50



SCHWARTZ COOPER GREENBERGER KRAUSS

PAGE    2

180 N. LaSalle St., Suite 2700
Chicago, Illinois 60601
312.346.1300

Goss Graphics Creditors Committe
Bill number        049445-12670-033 RMB

DISBURSEMENTS

| | |
|---|---:|
| Photocopying | 93.90 |
| Delivery Services - Chicago Messenger | 46.20 |
| Lexis Document Services | 1,263.39 |
| Pacer Service Center | 10.92 |
| Telephone | 5.23 |
| Telephone | 1,519.82 |
| Computerized Legal Research - Westlaw | 723.07 |

Total disbursements for this matter         $      3,662.53

BILLING SUMMARY

| | | | |
|---|---|---|---:|
| Richard M. Bendix | 4.70 hrs | 315 /hr | 1,480.50 |
| Malcolm M. Gaynor | 2.40 hrs | 425 /hr | 1,020.00 |
| TOTAL FEES | 7.10 hrs | $ | 2,500.50 |
| TOTAL DISBURSEMENTS | | $ | 3,662.53 |
| TOTAL CHARGES FOR THIS BILL | | $ | 6,163.03 |
| TOTAL BALANCE NOW DUE | | $ | 6,163.03 |

For proper credit please show bill number on
remittance. Our Tax I.D. # is: 36-2705156.



**SCHWARTZ COOPER GREENBERGER KRAUSS**
CHARTERED

180 N. LaSalle St., Suite 2700
Chicago, Illinois 60601
312.346.1300

April 26, 2002

Billed through 03/31/02

Bill number     049445-12672-025 RMB

Goss Graphics Creditors Committe
c/o LaSalle Bank National Assoc.
135 S. LaSalle Street, Room 2140
Chicago, IL  60603
Attn: Mr. James Thompson

Re: Retention/Fee Application

| | | |
|---|---|---:|
| Balance forward as of bill number 023 dated 02/26/02 | $ | 15,166.95 |
| Payments received since last bill (last payment 02/28/02) | $ | 15,166.95 |
| Net balance forward | $ | .00 |

FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---:|
| 02/07/02 | JG | Telephone conference with J. Rozhon regarding fees for SCGK and Mesirow and voicemail to R. Bendix regarding same (.1) | .10 hrs |
| 02/12/02 | JG | Meeting with R. Bendix regarding status of Fee Petitions for SCGK and Mesirow | .10 hrs |
| 02/13/02 | JG | Drafting SCGK's second fee application | 2.10 hrs |
| 02/14/02 | JG | Draft SCGK 2nd Interim Fee Application | .40 hrs |

       Total fees for this matter     $     405.00

BILLING SUMMARY

| | | | |
|---|---|---|---:|
| Joni Green | 2.70 hrs | 150 /hr | 405.00 |
| TOTAL FEES | 2.70 hrs | $ | 405.00 |
| TOTAL CHARGES FOR THIS BILL | | $ | 405.00 |
| TOTAL BALANCE NOW DUE | | $ | 405.00 |

For proper credit please show bill number on
remittance. Our Tax I.D. # is: 36-2705156.



**SCHWARTZ COOPER GREENBERGER KRAUSS**

180 N. LaSalle St., Suite 2700
Chicago, Illinois 60601
312.346.1300

June 20, 2002

Goss Graphics Creditors Committe
c/o LaSalle Bank National Assoc.
135 S. LaSalle Street, Room 2140
Chicago, IL  60603
Attn: Mr. James Thompson

Client No: 049445
Matter No: 12672
Invoice No: 68403
Attorney: RMB
Billing Through: 06/19/20

Re: Retention/Fee Application

**Balance forward as of last bill**              $405.00
**Net balance forward**                          $405.00
**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/28/02 | JG | Conference with R. Bendix regarding filing expense of chapter 11 administrative claim | 0.10 hrs |
| 06/11/02 | JG | Researching 726(b) of the Bankruptcy Code regarding payment of administrative expenses incurred while case was still in Chapter 11. | 0.60 hrs |
| 06/13/02 | JG | Review of section 348(d) and 3rd Circuit case regarding fees incurred prior to conversion of case to a Chapter 7 and telephone conference with R. Bendix regarding same; review docket for case information and prepare request for an administrative claim | 2.20 hrs |
| 06/15/02 | JG | Revising Request for Administrative Expense and Order regarding same | 0.50 hrs |
| 06/19/02 | JG | Review Request for Administrative Claim to include Final Fee Application | 1.30 hrs |

          TOTAL FEES FOR THIS MATTER                              $705.00


BILLING SUMMARY

          Green, Joni            4.70 hrs  $150.00 /hr      $705.00



SCHWARTZ COOPER GREENBERGER KRAUSS

180 N. LaSalle St., Suite 2700
Chicago, Illinois 60601
312.346.1300

April 26, 2002

Billed through 03/31/02

Bill number 049445-12673-023 RMB

Goss Graphics Creditors Committe
c/o LaSalle Bank National Assoc.
135 S. LaSalle Street, Room 2140
Chicago, IL  60603
Attn: Mr. James Thompson


Re: Plan of Reorganization

| | | |
|---|---|---|
| Balance forward as of bill number 021 dated 02/26/02 | $ | 84,508.25 |
| Payments received since last bill (last payment 02/28/02) | $ | 84,508.25 |
| Net balance forward | $ | .00 |

FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 02/01/02 | BAR | Continued research regarding cross-collateralization and bad faith DIP Financing Petition. | 1.00 hrs |
| 02/06/02 | BAR | Continued 364 DIP financing research (1.5); conference with M. Gaynor and R. Bendix regarding same (.5). | 2.00 hrs |

| | | |
|---|---|---|
| Total fees for this matter | $ | 750.00 |

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Bret A. Rappaport | 3.00 hrs | 250 /hr | | 750.00 |
| TOTAL FEES | 3.00 hrs | | $ | 750.00 |
| TOTAL CHARGES FOR THIS BILL | | | $ | 750.00 |
| TOTAL BALANCE NOW DUE | | | $ | 750.00 |


For proper credit please show bill number on remittance.  Our Tax I.D. # is: 36-2705156.



### SCHWARTZ COOPER
### GREENBERGER KRAUSS

180 N. LaSalle St., Suite 2700
Chicago, Illinois 60601
312.346.1300

April 26, 2002

Billed through 03/31/02

Bill number         049445-12675-011 RMB

Goss Graphics Creditors Committe
c/o LaSalle Bank National Assoc.
135 S. LaSalle Street, Room 2140
Chicago, IL  60603
Attn: Mr. James Thompson


Re: Sale of Assets

Balance forward as of bill number 009 dated 02/26/02       $     18,848.50
Payments received since last bill (last payment 02/28/02)  $     18,848.50
                                                                 ------------
Net balance forward                                        $           .00

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/08/02 | RMB | Telephone call with  T. Davis regarding yesterday's hearing. | .10 hrs |
| 02/08/02 | RMB | Leave voice mail message for J. Thompson regarding yesterday's hearing. | .10 hrs |
| 02/08/02 | RMB | Telephone call with  R. Weil regarding approval of sale and submission of fees to Goss. | .10 hrs |
| 02/12/02 | RMB | Review of  order authorizing sale of assets pursuant to Code ^U363. | .30 hrs |
| 02/12/02 | RMB | Telephone call with  D. Parker regarding rumor of proceedings involving Goss France. | .10 hrs |

          Total fees for this matter                        $        220.50

BILLING SUMMARY

         Richard M. Bendix              .70 hrs  315 /hr         220.50
                                                                 ------------
         TOTAL FEES                     .70 hrs           $        220.50


                                                                 ------------
         TOTAL CHARGES FOR THIS BILL                      $        220.50
                                                                 ------------
         TOTAL BALANCE NOW DUE                            $        220.50


For proper credit please show bill number on
remittance. Our Tax I.D. # is: 36-2705156.



## SCHWARTZ COOPER
## GREENBERGER KRAUSS

180 N. LaSalle St., Suite 2700
Chicago, Illinois 60601
312.346.1300

April 26, 2002

Billed through 03/31/02

Bill number         049445-12676-006 RMB

Goss Graphics Creditors Committe
c/o LaSalle Bank National Assoc.
135 S. LaSalle Street, Room 2140
Chicago, IL  60603
Attn: Mr. James Thompson


Re: Claims

| | | |
|---|---|---:|
| Balance forward as of bill number 004 dated 02/26/02 | $ | 1,989.00 |
| Payments received since last bill (last payment 02/28/02) | $ | 1,990.00 |
| A/R Adjustments made since last bill | $ | 1.00 |
| Net balance forward | $ | .00 |

FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---:|
| 02/12/02 | JG | Telephone call from R. Bendix regarding Rockwell's motion to extend time for filing proof of claim(.1); locating Rockwell's motion(.1); review of Rockwell's motion for court appearance tomorrow 2/13(.2) | .40 hrs |
| 02/12/02 | RMB | Review of Rockwell Scientific's motion to file late claim. | .30 hrs |
| 02/13/02 | JG | Conference with R. Bendix regarding Rockwell's motion to extend time for filing proof of claim; | .10 hrs |
| 02/13/02 | RMB | Telephone call with D. Lipke regarding Committee and Debtor not having received notice of Rockwell's motion to file late claim and continuing hearing until 2/20. | .20 hrs |
| 02/13/02 | RMB | Telephone call with M. McDermott regarding Rockwell's motion to file late claim and his not having received notice of same. | .20 hrs |

|  | | |
|---|---|---:|
| Total fees for this matter | $ | 295.50 |

BILLING SUMMARY

| | | | | |
|---|---:|---:|---|---:|
| Richard M. Bendix | .70 hrs | 315 /hr | | 220.50 |
| Joni Green | .50 hrs | 150 /hr | | 75.00 |
| TOTAL FEES | 1.20 hrs | | $ | 295.50 |

**SCHWARTZ COOPER**
**SCGK**
**GREENBERGER KRAUSS**

PAGE   2

180 N. LaSalle St., Suite 2700
Chicago, Illinois 60601
312.346.1300

Goss Graphics Creditors Committe
Bill number        049445-12676-006 RMB

|  |  |  |
|---|---|---|
| TOTAL CHARGES FOR THIS BILL | $ | 295.50 |
| TOTAL BALANCE NOW DUE | $ | 295.50 |

For proper credit please show bill number on
remittance. Our Tax I.D. # is: 36-2705156.