UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EOD AUG 16 2002

8/14/02

Honorable: JUDGE CAROL A. DOYLE

Hearing Date:

Bankruptcy Case No. 01-31751

Adversary No.

Title of Case: GGSI Liquidation, Inc.

Brief Statement of Motion: Motion of Skadden, Arps, Slate, Meagher + Flom (Illinois) and its Affiliated Law Practice Entities for Entry of an Order Exempting the Firm from Filing a Final Fee Application

Names and Addresses of moving counsel: Mark A. McDermott, Skadden, Arps, 333 W. Wacker Dr., #2100, Chicago, IL 60606

Representing:

## ORDER

Motion is continued to August 28, 2002 at 10:30 a.m. The Bar Date for Skadden, Arps to file a final fee application, unless otherwise excused by Court Order, shall be September 20, 2002.

Carol A. Doyle

6/11/99

46