## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 01-31751 |
| ) | (Jointly Administered) |
| GGSI LIQUIDATION, INC., et al., ) | Chapter 7 |
| ) | Hon. Carol A. Doyle |
| ) | Hearing Date: August 14, 2002 |
| Debtors. ) | Hearing Time: 10:00 a.m. |

### ORDER EXEMPTING SKADDEN, ARPS, SLATE, MEAGHER & FLOM (ILLINOIS) AND ITS AFFILIATED LAW PRACTICE FROM FILING A FINAL FEE APPLICATION

Upon the motion (the "Motion") of Skadden, Arps, Slate, Meagher & Flom (Illinois) and its affiliated law practice entities ("Skadden, Arps"), Chapter 11 counsel to Goss Holdings, Inc. and Goss Graphic Systems, Inc. (collectively, the "Debtors"), for entry of an order, pursuant to Sections 105(a) and 330 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq., as amended (the "Bankruptcy Code"), exempting Skadden, Arps from the requirement to file a final fee application; it appearing to the Court that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein, after due deliberation thereon, that the relief should be granted as set forth below, it is therefore

ORDERED, ADJUDGED, AND DECREED THAT Skadden, Arps need not file a final application for compensation for services rendered and reimbursement of expenses incurred in representing the Debtors in their Chapter 11 cases.

Dated: August 28, 2002  
Chicago, Illinois

ENTERED:

_____  
HON. CAROL A. DOYLE

2