# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GGSI LIQUIDATION, INC., et al., | : | Case No. 01-31751 |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Hon. Carol A. Doyle |
| | : | |
| | : | Hrg. Date: 9/25/2002; 10:00 a.m. (Central) |
| | | Obj. Due: 9/20/02; 4:00 p.m. (Central |

### COVER SHEET FOR APPLICATION FOR FIRST AND FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BINGHAM MCCUTCHEN LLP AS INTERNATIONAL COUNSEL TO DEBTORS

| | |
|---|---|
| Name of Applicant: | **BINGHAM MCCUTCHEN LLP, Successor by merger to Bingham Dana LLP and McCutchen Doyle Brown & Enersen** |
| Authorized to Provide Professional Services to: | **Goss Holdings, Inc. and Goss Graphic Systems, Inc.** |
| Date of Order Authorizing Employment: | **September 20, 2001** |
| Period for which Compensation is Sought: | **September 10, 2001 through June 30, 2002** |
| Total Amount of Fees Sought: | **$89,733.50** |
| Total Amount of Expense Reimbursement Sought: | **$ 4,423.43** |

This is a Final Application. No prior application was filed.

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is $109,630.72[1].

---

[1] Upon the sale of substantially all of the Debtors' assets, on or about February 15, 2002, Bingham received a wire transfer of $53,664.19 (the "**Partial Payment**") as partial payment towards fees and expenses incurred from September 10, 2001 through February 13, 2002. As of the Petition Date, after reconciliation of actual vs. estimated prepetition fees and expenses, Bingham holds a retainer in the amount of $55,966.53 (the "**Prepetition Retainer**" and together with the Partial Payment, the "**Retainer**") paid to it by the Debtors prior to the Petition Date.

CTDOCS:1512139.1

| | |
|---|---|
| Dated: Hartford, Connecticut<br>August 30, 2002 | BINGHAM McCUTCHEN LLP<br><br>_____<br>Evan D. Flaschen (ct10660)<br>Anthony J. Smits (ct19901)<br>One State Street<br>Hartford, CT 06103<br>(860) 240-2700<br><br>**INTERNATIONAL COUNSEL TO THE DEBTORS** |