UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GGSI LIQUIDATION, INC., et al., | : | Case No. 01-31751 |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Hon. Carol A. Doyle |

ORDER GRANTING APPLICATION FOR FIRST AND FINAL
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES OF BINGHAM MCCUTCHEN LLP AS
INTERNATIONAL COUNSEL TO THE DEBTORS

Upon consideration of the Application for First and Final Allowance of Compensation and Reimbursement of Expenses of Bingham McCutchen LLP as International Counsel to the Debtors (the "**Application**") for professional services rendered and expenses incurred by Bingham McCutchen LLP, successor by merger to Bingham Dana LLP and McCutchen Doyle Brown & Enersen (the "**Applicant**") from September 10, 2001 through and including June 30, 2002 (the "**Final Application Period**"); and a hearing having been held before this Court to consider the Application on September 25 2002; and adequate notice thereof having been given pursuant to Rules 2002(a)(6) and (c)(2) of the Federal Rules of Bankruptcy Procedure; and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

ORDERED, that pursuant to 11 U.S.C. §§ 330 and 331 and in respect of the Application, Applicant is awarded $89,733.50 as a final allowance of compensation for professional services rendered during the Final Application Period and authorized final reimbursement of Applicant's

CTDOCS:1512456.1

expenses incurred during the Final Application Period in the amount of $4,423.43; and it is further

ORDERED, that the aggregate award of compensation and reimbursement of expenses of Applicant in the Chapter 11 Cases in the amount of $94,156.93 constitutes a final award; and it is further

ORDERED, that Applicant is hereby authorized and directed to retain and apply to the foregoing award the sum of $94,156.93 from the Retainer (as described and defined in the Application).

Dated: Chicago, Illinois
       Sept. 26, 2002

_____
UNITED STATES BANKRUPTCY JUDGE

CTDOCS:1512456.1