**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case Nos. 01-31751 and 01-31747 |
| ) | (Jointly Administered) |
| GGSI Liquidation, Inc., et al., ) | |
| ) | Chapter 7 |
| Debtors ) | The Honorable Jack B. Schmetterer |
| )_____ | |
| ) | Hearing Date: April 24, 2018 |
| ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR FINAL APPLICATION OF**
**NISEN & ELLIOTT, LLC FOR COMPENSATION**

A. Name of Applicant: Nisen & Elliott, LLC.

B. Authorized to Provide Professional Services to: Gus A. Paloian, Chapter 7 Trustee.

C. Date of Entry of Order of Retention: November 28, 2012 [*Docket No. 979*].

D. Period for Which Compensation and Reimbursement Is Sought: November 28, 2012 to March 26, 2018.

E. Amount of Fees Sought: $109,618.50.

F. Amount of Expense Reimbursement Sought: $227.60.

G. This is a: Final Application.

H. The Dates and Amounts of Previous Compensation Allowed are:

This is the only fee application filed by Nisen & Elliott, LLC ("Nisen") pursuant to the order of retention entered on November 28, 2012. Nisen was previously retained under two separate orders of retention for separate services performed pursuant to contingent fee agreements related to litigation. All of the prior services were subject to an approved contingency fee agreement pursuant to which Nisen was paid $1,632,051.20 in fees and reimbursed for $59,766.30 in disbursements which were made on behalf of the estates. This application only seeks fees and reimbursement of disbursements related to the order of retention entered on November 28, 2012 and the services provided pursuant to that order (which were all related to objections to proofs of claim).

> Respectfully submitted,
>
> Nisen & Elliott, LLC
>
> By:   /s/ Daniel P. Dawson

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case Nos. 01-31751 and 01-31747 |
| ) | (Jointly Administered) |
| GGSI Liquidation, Inc., et al., ) | |
| ) | Chapter 7 |
| Debtors ) | The Honorable Jack B. Schmetterer |
| ) | |
| ) | Hearing Date: April 24, 2018 |
| ) | Hearing Time: 10:30 a.m. |

### NOTICE OF FINAL APPLICATION FOR ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
### AND NOTICE TO CREDITORS OF APRIL 24, 2018 HEARING

TO:   Parties on Attached General And Special Service Lists.

**PLEASE TAKE NOTICE** that on April 2, 2018, special counsel for the Trustee filed the Final Application of Nisen & Elliott, LLC for Allowance and Payment of Compensation and Reimbursement of Expenses (the "Nisen Application"). The Nisen Application requests compensation from November 28, 2012 through and including March 26, 2018 of $109,618.50 for professional services rendered and $227.60 for reimbursement of actual, reasonable and necessary costs, as well as payment from the Debtors' estates to Nisen & Elliott of all amounts owed for this period. The Nisen Application is being served contemporaneously with this Notice upon each entity listed on the attached Special Service List and all CM/ECF case notice recipients. All other entities may obtain copies of the Nisen Application at no charge, upon request to: Ms. Alicia Drag, 200 W. Adams Street, Suite 2500, Chicago, Illinois 60606, adrag@nisen.com.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Nisen Application will be held before the Honorable Jack B. Schmetterer, Judge on the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in the courtroom normally occupied by his Honor, Courtroom 682, located at 219 S. Dearborn Street, Chicago, Illinois on **April 24, 2018 at 10:30 a.m.** Central Time, or as soon thereafter as the undersigned counsel may be heard.

Dated: April 2, 2018

                                    Respectfully Submitted,

                                    Nisen & Elliott, LLC

                            By:     /s/ Daniel P. Dawson

                                    Daniel P. Dawson (ARDC #6199728)
                                    Nisen & Elliott, LLC
                                    200 W. Adams, Suite 2500
                                    Chicago, Illinois 60606
                                    (312) 346-7800
                                    *Special Counsel to the Trustee*

# **CERTIFICATE OF SERVICE**

I, Alicia M. Drag, a non-attorney, certify that on April 2, 2018, I have caused the foregoing:

1. **Notice Of Final Application For Allowance Of Compensation And Reimbursement Of Expenses And Notice To Creditors Of April 24, 2018 Hearing** and **Final Application Of Nisen & Elliott, LLC For Allowance And Payment Of Compensation** to be served (1) electronically on those entities who receive notice through the ECF system and who are listed on the attached Service List, and (2) and upon each of the parties identified on the attached Special Service List by causing the same to be deposited into the United States Mail at 200 W. Adams Street, Chicago, Illinois 60606, in properly-addressed envelopes with sufficient first-class postage prepaid; and

2. **Notice Of Final Application For Allowance Of Compensation And Reimbursement Of Expenses And Notice To Creditors Of April 24, 2018 Hearing** to be served (1) electronically on those entities who receive notice through the ECF system and who are listed on the attached Service List, and (2) and upon each of the parties identified on the attached General Service List by causing the same to be deposited into the United States Mail at 200 W. Adams Street, Chicago, Illinois 60606, in properly-addressed envelopes with sufficient first-class postage prepaid.

/s/ Alicia M. Drag

Daniel P. Dawson (ARDC #6199728)
Nisen & Elliott, LLC
200 West Adams Street, Suite 2500
Chicago, Illinois 60606-4637
(312) 346-7800
ddawson@nisen.com
adrag@nisen.com

## **SPECIAL SERVICE LIST**

**United States Trustee**

Ha Nguyen
Office Of The United States Trustee
219 South Dearborn Street, Room 873
Chicago, Illinois 60604

## GENERAL SERVICE LIST

*Via CM/ECF*

- Leslie Allen Bayles — lbayles@vedderprice.com
- David E. Bennett — dbennett@vedderprice.com, lsantiago@vedderprice.com; ecfdocket@vedderprice.com
- Timothy L Binetti — timothy.binetti@dinsmore.com, timothy.binetti@dinsmore.com; lisa.balcita@dinsmore.com
- Scott R Clar — sclar@craneheyman.com, mjoberhausen@craneheyman.com; asimon@craneheyman.com
- Joseph R Curcio — info@curcio-law.com, kmillan@curcio-law.com
- Heather M Durian — durianh@michigan.gov
- William J Factor — wfactor@seyfarth.com, wfactorlaw@gmail.com; bharlow@wfactorlaw.com; wfactor@ecf.inforuptcy.com; nbouchard@wfactorlaw.com
- Charles J. Filardi — charles@filardi-law.com, abothwell@filardi-law.com
- Allen J Guon — aguon@shawfishman.com, cowens@shawfishman.com
- Fred R Harbecke — fredrharbecke@sbcglobal.net
- Christopher J Harney — charney@seyfarth.com, ctholen@seyfarth.com;
- Bret Harper — bharper@seyfarth.com, chidocket@seyfarth.com chidocket@seyfarth.com
- Patrick S Layng — USTPRegion11.ES.ECF@usdoj.gov
- Sara E Lorber — slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com; nbouchard@wfactorlaw.com; bharlow@wfactorlaw.com
- Terry J. Malik — tmalik@winston.com
- Mark A McDermott — mmcdermo@skadden.com
- Robert B Millner — robert.millner@dentons.com, ndil_ecf@dentons.com
- David A. Newby — dnewby@comananderson.com, lholub@comananderson.com
- Lauren Newman — lnewman@thompsoncoburn.com, jhampton@thompsoncoburn.com; asolis@thompsoncoburn.com
- Gus A Paloian — gpaloian@seyfarth.com, gpaloian@ecf.epiqsystems.com; gp@trustesolutions.net;jmcmanus@seyfarth.com
- E. King Poor — ekpoor@quarles.com, mary.sullivan@quarles.com; WEMET@quarles.com
- Eric S. Prezant — eric.prezant@bryancave.com
- Charles S Riecke — criecke@seyfarth.com
- Peter J Roberts — proberts@shawfishman.com
- Jason M. Rosenthal — rosenthal@sw.com, central@sw.com; connor@sw.com; swcourts@yahoo.com
- Todd A Rowden — trowden@thompsoncoburn.com, cmitchell@thompsoncoburn.com
- Joel A Schechter — joelschechter@covad.net

- James B. Sowka — jsowka@seyfarth.com, chidocket@seyfarth.com; ctholen@seyfarth.com
- Matthew Wawrzyn — matt@wawrzynlaw.com
- Ariel Weissberg — ariel@weissberglaw.com, Hava@weissberglaw.com; victor@weissberglaw.com; ro@weissberglaw.com; rakesh@weissberglaw.com; paralegal@weissberglaw.com; ewa@weissberglaw.com; Edward@weissberglaw.com
- Vaughn A White — attywhite@hotmail.com

*Via U.S. First Class Mail*

James Abbott
Bolinger, Rubery & Garvey
500 W. Madison St., Ste. 2300
Chicago, IL 60661

John B. Alsterda
Davis McGrath LLC
125 S. Wacker Drive, Ste. 1700
Chicago, IL 60606

Arthur Andersen
1405 N. Fifth Avenue
St. Charles, IL 60174

Thomas V. Askounis
Askounis & Darcy
401 North Michigan Ave., Suite 550
Chicago, IL 60611

Bryan Berry
Storino Ramello & Durkin
9501 W. Devon Ave.
Rosemont, IL 60018

Mark P. Bischoff
Bischoff Partners LLC
217 N. Jefferson St., Ste. 600
Chicago, IL 60661

Cornelius P. Brown
Cohon Raizes & Regal
208 S. LaSalle St.
Chicago, IL 60604

Heather S. Brown
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

John J. Burns
J J Burns & Associates P C
4607 Forest Ave.
Brookfield, IL 60513

Shawn M. Christianson
333 Market Street, 25th Floor
San Francisco, CA 94105

Timothy R. Coleman
Stefan Feuerabendt
The Blackstone Group
345 Park Avenue
New York, NY 10154

Frank W. DiCastri
Foley & Lardner
777 East Wisconsin Ave., Ste. 3800
Milwaukee, WI 53202

Environmental Protection Agency
Division of Legal Counsel
1021 N. Grand Avenue East
Springfield, IL 62702

Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT 06510

2

Jack B. Fishman
Cary Hansing
Novare Inc.
824 South Main Street, Ste. 202
Crystal Lake, IL 60014

Evan D. Flaschen
Anthony J. Smits
Bingham Dana LLP
One State Street
Hartford, CT 06103

Monica A. Forte
Bischoff Partners LLC
217 N. Jefferson, Suite 600
Chicago, IL 60661

Paul A. Gajewski
Axelrod Goodman Steiner & Bazelon
39 South LaSalle Street, Suite 290
Chicago, IL 60603

Stephanie Hinz
Pickens, Barnes & Abernathy
101 Second Street South East
Cedar Rapids, IA 52407

Malcolm M. Gaynor, Esq.
Richard M. Bendix, Jr., Esq.
Schwartz, Cooper, Greenberger & Krauss
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601

Richard M. Kates
111 W. Washington St., Suite 1900
Chicago, IL 60602

Patrick D. Lamb
Crowley & Lamb PC
221 N. LaSalle St., # 1550
Chicago, IL 60601

Colin G. Lawler
Tews Theisen & Theisen
1 N. LaSalle Street, Ste. 3000
Chicago, IL 60602

John A. Lipinsky
Coman & Anderson PC
2525 Cabot Drive, Suite 300.
Lisle, IL 60532

Kathleen M. Logan
Logan & Company, Inc.
546 Valley Road
Upper Montclair, NJ 07043

Scott Loy
8285 Coromar Road
Ataxcadero, CA 93422

Thomas J. Magill
Quarles & Brady LLP
300 N. LaSalle St., Suite 4000
Chicago, IL 60654

Kevin C. Papp
Joseph E. Schmall
Bradley & Riley PC
2007 First Avenue SE
Cedar Rapids, IA 52402

Michael G. Patrizio
Merlo Kanofsky Brinkmeier & Gregg Ltd.
208 S. LaSalle Street, Suite 950
Chicago, IL 60604

Katherine Maloney Perhach
411 East Wisconsin Avenue
Milwaukee, WI 53202

Poorman Douglas Corporation
1300 SW Allen Blvd.
Beaverton, OR 97005

GlassRatner Advisory & Capital Group
3391 Peachtree Road, Suite 110
Atlanta, GA 30326

Wiley Rein & Fielding LLP
7925 Jones Branch Drive
McLean, VA 22102

2

Securities and Exchange Commission
Attn: Mary Keefe, Regional Director
175 W. Jackson Boulevard, Suite 900
Chicago, IL 60604

Carroll D. Smeltzer
Novare Inc.
824 South Main Street, Suite 202
Crystal Lake, IL 60014

Kenneth M. Stevens
Breakwater Electric, Inc.
12200 S. Richard Avenue
Palos Heights, IL 60463-1355

MaryAnn Spiegel
General Counsel, Secretary
Goss Graphics Systems
3 Territorial Court
Bolingbrook, IL 60440

Mary Beth Wynn-Smith
Tabet DiVito & Rothstein LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL 60604

Matthew M. Wawrzyn
Lawrence R. Desideri
Timothy J. Rooney
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601

Mark Thompson
Simpson Thacher & Bartlett
425 Lexington Ave.
New York, NY 10017

Jason M. Torf
Alex P. Rabinsky
Schiff Hardin LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606

Beth Arvai
Applied Industrial Technologies
1 Applied Plaza
Cleveland, OH 44115-5056

Todd B. Weimer
102 North Ford Street
P.O. Box 77
Anamosa, IA 52205

James J. Welser
Columbia Pipe & Supply Co., Inc.
1120 W. Pershing Road
Chicago, IL 60609

Joseph Winter
1180 S. Oak Knoll Avenue
Pasadena, CA 91106

Jeffrey C. Wisler
The Nemours Building
1007 N. Orange Street, 9th Floor
Wilmington, DE 19899

Jorge Leon Orantes V
Goodrich, Riquelme y Asociados
Paseo de la Reforma 265
Col. Cuauhtemoc
06500, Mexico, D.F.
Apartado postal 93 bis

M. Gretchen Silver
Office of the U.S. Trustee
219 S. Dearborn Street, Room 873
Chicago, IL 60604

Patrick S. Layng
Office of the U.S. Trustee
219 S. Dearborn Street, Room 873
Chicago, IL 60604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case Nos. 01-31751 and 01-31747 |
| ) | (Jointly Administered) |
| GGSI Liquidation, Inc., et al., ) | |
| ) | Chapter 7 |
| Debtors ) | The Honorable Jack B. Schmetterer |
| ) | |
| ) | Hearing Date: April 24, 2018 |
| ) | Hearing Time: 10:30 a.m. |

**FINAL APPLICATION OF NISEN & ELLIOTT, LLC**
**FOR ALLOWANCE AND PAYMENT OF COMPENSATION**

Daniel P. Dawson and the partners, associates and para-professionals of Nisen & Elliott, LLC ("Nisen") as special counsel to Gus A. Paloian, not individually or personally, but solely in his capacity as the duly appointed Chapter 7 Trustee (the "Trustee"), of the above captioned bankruptcy estates (the "Estates") pursuant to Sections 327, 328 and 330 of the Bankruptcy Code, Rule 2106(a) of the Federal Rules of Bankruptcy Procedure and Rule 5082-1 of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois, submits this Final Application for Allowance and Payment of Compensation in the amount of $109,618.50 for 228.20 hours of services rendered to the Trustee on behalf of the Estates between November 28, 2012 and March 26, 2018 and expenses in the amount of $227.60. In further support of this Application, Nisen states as follows:

## Jurisdiction

1. This Court has subject matter jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334, and Internal Operating Procedures 15(a) of the United States District Court for the Northern District of Illinois. Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding

Case 01-31751   Doc 1167   Filed 04/02/18   Entered 04/02/18 10:15:18   Desc Main
          Document      Page 10 of 16

pursuant within the meaning of 28 U.S.C. §157(b)(1) and 157(b)(2)(A).

## Procedural Background

2. On September 10, 2001 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under Chapter 11 of the United States Bankruptcy Code.

3. On September 20, 2001, the Court ordered the Debtors' cases to be procedurally consolidated.

4. On February 25, 2002, the Debtors' Chapter 11 cases were converted to cases under Chapter 7.

5. On February 27, 2002, Gus A. Paloian was appointed as Trustee of the Debtors' Estates and he is duly-qualified and acting as such.

## Retention of Nisen & Elliott, LLC

6. On August 27, 2003, the Trustee filed an *Application of Trustee to Employ Nisen & Elliott as Special Counsel* (the "Employment Application"). The terms of Nisen's employment for these services were memorialized in the Employment Application and engagement letter dated August 27, 2003, annexed thereto (See Dkt. # 724).

7. On September 4, 2003, the Court entered an order approving the contingency fee agreement for these services and authorizing the employment of Nisen to prosecute certain Causes Of Action (the "COA Order") (See Dkt. # 729).

8. On March 21, 2006, the Trustee filed an *Application of Trustee to Expand Employment of Nisen & Elliott, LLC* (the "Expansion Application"). The terms of Nisen's expanded employment for these services were memorialized in the Expansion Application and engagement letter dated August 27, 2003, annexed thereto (See Dkt. # 830).

9. On April 5, 2006, the Court entered an order approving the contingency fee

agreement for these services and authorizing the expanded employment of Nisen to prosecute certain Insider Preference Actions (the "IPA Order") (See Dkt. # 833).

10. On November 12, 2012, the Trustee filed a *Second Application of Trustee to Expand Employment of Nisen & Elliott, LLC* (the "Second Expansion Application). The terms of Nisen's employment for these services were memorialized in the Expansion Application and engagement letter dated October 31, 2012, annexed thereto. See, Dkt #978.

11. On November 28, 2012, the Court entered an order expanding the employment of Nisen and approving the agreement to pay Nisen on an hourly fee basis to review, analyze and Object To Claims (the "OTC Order"). (See Dkt# 979). These services are the only services which are the subject of this application.

**Prior Contingency Payments To Nisen For Litigation Services**

12. Both the COA order and the IPA Order authorized the retention of Nisen to pursue litigation on behalf of the Trustee and the Estates pursuant to an approved contingency fee agreement. Nisen pursued the litigation as directed by the Trustee and was paid: (a) $1,110,000 in fees and reimbursed for $9,567.35 in expenses pursuant to the IPA Order; and (b) $522,051.20 in fees and reimbursed for $50,198.95 in expenses pursuant to the COA Order; for total prior payments of $1,691,817.50. All payments made to Nisen prior to this Application were made pursuant to a pre-approved contingency fee agreement and services which are not included in this Application.

**No Payments Have Been Made For Nisen's Services Objecting To Claims**

13. After recovering millions of dollars for these Estates related to contingency fee litigation, the Trustee requested Nisen to assist him in reviewing, analyzing, and/or objecting to certain claims on the Estate's behalf. After accepting this assignment, the OTC Order authorized

3

Nisen to be employed by the Trustee pursuant to 11 U.S.C. § 327(a) in order to review, analyze and object to Claims on the Estate's behalf, pursuant to the customary rates and the other terms and conditions contained in Nisen's expanded employment engagement letter dated October 31, 2012. See, Dkt #978.

14. After the Court approved Nisen's expanded retention and compensation (based on its customary hourly rates for this work) the Trustee then used Nisen to review, analyze, and object to certain claims against the Estates on the approved terms.

## The Objections To Claims

15. Specifically, Nisen filed objections to claims which totaled in excess of five hundred million dollars ($500,000,000.00) in secured claims and approximately fifteen million dollars ($15,000,000.00) in priority claims. All of those claims were either disallowed or allowed only as general, unsecured, non-priority claims.

16. By this application, Nisen seeks an allowance of compensation in the amount of $109,618.50 for the 228.20 hours of services rendered between November 28, 2012 and March 26, 2018 related to objections to those claims. The Trustee has not made any payments to Nisen for these services.

## Nature And Extent Of The Services Rendered And Costs Incurred

17. While all of Nisen's services detailed herein were related to objections to claims, for purposes of this application Nisen has divided its services into six separate categories: (1) correspondence and conferences related to objections to claims; (2) review, analysis and research related to objections to claims; (3) preparation of pleadings related to objections to claims; (4) court appearances related to objections to claims; (5) retention and fee issues; and (6) reimbursable costs and expenses.

4

18. A summary of the total hours expended by Nisen's attorneys and para-professionals related to objections to claims follows:

### Summary

| Total Hours and Compensation Requested | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | RATES | FEE |
| Daniel P. Dawson (Partner) | 223.10 | $450.00-$490.00 | **$108,573.50** |
| Joseph A. Ptasinski (Associate) | 1.80 | $230.00-$240.00 | **$418.00** |
| Colleen N. Lambrecht (Paralegal) | 3.30 | $190.00 | **$627.00** |
| **TOTAL** | **228.20** | | **$109,618.50** |

19. Separate summaries of the hours expended by Nisen on each specific topic, broken down by categories are as follows:

**1.** *Correspondence And Conferences Related To Objections To Claims*

20. During the period between November 28, 2012 and March 26, 2017, Nisen professionals devoted 57.00 hours to correspondence and conferences related to objections to claims for which it requests compensation in the amount of $27,173.50. Services in this category include communication with claimants whose claims were being objected to as well communications and conferences with the Trustee and the Trustee's bankruptcy counsel and paralegals. A detailed description of the services and charges related to these services is attached hereto as Exhibit 1.

| Total Hours and Compensation Requested for Correspondence And Conferences | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | RATES | FEE |
| Daniel P. Dawson (Partner) | 55.3 | $450.00-$490.00 | **$26,842.50** |
| Joseph A. Ptasinski (Associate) | .2 | $230.00-$240.00 | **$46.00** |
| Colleen N. Lambrecht (Paralegal) | 1.5 | $190.00 | **$285.00** |
| **TOTAL** | **57.00** | | **$27,173.50** |

**2.** *Review, Analysis And Research Related To Claims*

21. During the period between November 28, 2012 and March 26, 2018, Nisen professionals devoted 89.70 hours to matters related to the review, analysis and research related to claims. This included reviewing and analyzing all of the claims Nisen objected to, reviewing

5

and analyzing documents related to those claims, reviewing and analyzing pleadings in the bankruptcy case related to those claims, and the legal research necessary to object to those claims. Nisen requests compensation in the amount of $42,862.50 for these services. A detailed description of the services and charges related to these services is attached hereto as Exhibit 2.

| Total Hours and Compensation Requested for Review, Analysis And Research | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | RATES | FEE |
| Daniel P. Dawson (Partner) | 86.70 | $450.00-$490.00 | **$42,244.50** |
| Joseph A. Ptasinski (Associate) | 1.20 | $230.00-$240.00 | **$276.00** |
| Colleen N. Lambrecht (Paralegal) | 1.80 | $190.00 | **$342.00** |
| **TOTAL** | **89.70** | | **$42,862.50** |

### 3. *Preparation Of Pleadings Related To Objections To Claims*

22. During the period between November 28, 2012 and March 26, 2018, Nisen professionals devoted 61.90 hours to matters related to the drafting and preparation of written objections to claims (and related pleadings requested by the court). Nisen requests compensation in the amount of $30,070.50 for these services. A detailed description of the services and charges related to these services is attached hereto as Exhibit 3.

| Total Hours and Compensation Requested for Pleadings | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | RATES | FEE |
| Daniel P. Dawson (Partner) | 61.50 | $450.00-$490.00 | **$29,974.50** |
| Joseph A. Ptasinski (Associate) | .40 | $230.00-$240.00 | **$96.00** |
| **TOTAL** | **61.90** | | **$30,070.50** |

### 4. *Court Appearances Related To Objections To Claims*

23. During the period between November 28, 2012 and March 26, 2018, Nisen professionals also prepared for and attended numerous court hearings related to the objections to the claims for which it seeks $7,408.00 for 15.20 hours of service. A detailed description of the services and charges related to these services is attached hereto as Exhibit 4.

| Total Hours and Compensation Requested for Court Appearances | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | RATES | FEE |
| Daniel P. Dawson (Partner) | 15.20 | $450.00-$490.00 | **$7,408.00** |
| **TOTAL** | **15.20** | | **$7,408.00** |

### 5. *Retention And Fee Issues*

24. During the period between November 28, 2012 and March 26, 2018, Nisen professionals also expended 4.4 hours of service related to retention and fee application procedures required by the Bankruptcy Court for which it seeks $2,104.00. A detailed description of the services and charges related to the services is attached hereto as Exhibit 5.

| Total Hours and Compensation Requested for Retention | | | |
|---|---|---|---|
| **PROFESSIONAL/POSITION** | **HOURS** | **RATES** | **FEE** |
| Daniel P. Dawson (Partner) | 4.4 | $450.00-$490.00 | **$2,104.00** |
| **TOTAL** | **4.4** | | **$2,104.00** |

### 6. *Reimbursable Costs And Expenses*

25. Nisen is also entitled to seek reimbursement for its out-of-pocket costs and expenses advanced on the Estate's behalf. There were $227.60 in costs or expenses incurred on the Estates' behalf related to objections to claims. A detailed description of the reimbursable expenses is attached hereto as Exhibit 6.

### Notice

26. Twenty-one days' notice of this Application, and service of the Application, has been provided to the Office of the United States Trustee.

27. Pursuant to Bankruptcy Rule 2002(a)(2) and (a)(6), and due to the expense that would be incurred by the Estate in serving this Application upon all creditors in these Cases, Nisen respectfully submits that sufficient cause exists to limit mail service of: (i) the Application to the parties on the Special Service List, and (ii) the Notice of Application to the General Service List, in both regards considering that all entities requesting notices in the Cases will receive notice of, and access to, the Application via CM/ECF.

28. Nisen respectfully requests that the above notice (the "Notice") be deemed adequate and that the Court find that no other or further notice is necessary.

**No Prior Request**

29. No prior request for the relief requested by this Application has been made to this Court or to any other court.

Wherefore, Nisen respectfully requests the entry of an order**:**

a. Allowing compensation in the amount of $109,618.50 for 228.20 hours of services rendered to the Debtor between November 28, 2012 and March 26, 2018, inclusive;

b. awarding expense reimbursement in the amount of $227.60 for out-of-pocket costs advanced on behalf of the Debtors between November 28, 2012 and March 26, 2018, inclusive;

c. Authorizing the Trustee to make payment of all awarded fees and expenses from the Estates;

d. Finding that Notice of the Application as given is sufficient and that no further notice is necessary; and

e. For such other and further relief as is just.


Respectfully submitted,

Nisen & Elliott, LLC


By:   /s/ Daniel P. Dawson

Daniel P. Dawson (ARDC #6199728)
Nisen & Elliott, LLC
200 West Adams Street, Suite 2500
Chicago, Illinois 60606-4637
(312) 346-7800
ddawson@nisen.com
adrag@nisen.com

8